1
D. EDWARD HAYS, #162507
ehays@marshackhays.com

2
JUDITH E. MARSHACK, #163871
jmarshack@marshackhays.com

3
MARSHACK HAYS LLP
870 Roosevelt

4
Irvine, CA 92620
Telephone: (949) 333-7777

5
Facsimile: (949) 333-7778

6
Attorneys for Chapter 7 Trustee
RICHARD A. MARSHACK

7

8
UNITED STATES BANKRUPTCY COURT

9
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11
In re

12
EDWARD F. ALLEBEST,

13
    Debtor,

14
    (Lead Case)

15
In re:

16
ALLEBEST & ASSOCIATES,

17

18
(Substantively Consolidated Debtor).

19

20

Case No.: 8:16-bk-10181-CB

(Substantively Consolidated with
Case No.: 8:16-bk-10178-CB)

Chapter 7

FIRST AND FINAL APPLICATION FOR
ALLOWANCE OF FEES AND COSTS FILED
BY MARSHACK HAYS LLP AS GENERAL
COUNSEL; DECLARATION OF D. EDWARD
HAYS IN SUPPORT

Date:  July 25, 2017
Time: 2:30 p.m.
Ctrm: 5D

21

22
TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY COURT

23
JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

24
PARTIES:

25
        Marshack Hays LLP ("Firm") respectfully submits this First and Final Application for

26
Allowance of Fees and Costs ("Application"). The Firm represents Richard A. Marshack, in his

27
capacity as Chapter 7 trustee ("Trustee") for the substantively consolidated estate ("Estate") of

28

- 1 -

1    Edward F. Allebest ("Edward Allebest") and Allebest & Associates ("A&A") (collectively,

2    "Debtor"), as the Estate's general counsel in this bankruptcy proceeding.

3            While representing the Estate, the Firm assisted the Trustee in objecting to Debtor's claimed

4    exemptions in an alleged retirement account. Debtor appealed the order sustaining the Trustee's

5    objections. The parties later settled all litigation resulting in the Estate recovering a $780,000.

6            During the course of representing the Trustee, the Firm incurred $153,304.50 in fees.

7    However, pursuant to a court-approved compromise that facilitated a dismissal of these bankruptcy

8    cases, the Firm agreed to voluntarily reduce its request for compensation to $117,500 for fees

9    incurred through May 4, 2017, while retaining the right to seek compensation for services rendered

10   from and after May 5, 2017 which amount is $11,379.50.

11           In summary, the Firm seeks allowance of $128,879.50 in fees and $4,516.34 for

12   reimbursement of expenses pursuant to 11 U.S.C. §§ 330 and 331. Based on the foregoing, the Firm

13   has provided the Estate a discount of $24,425.00 in fees.

14           This Application encompasses services rendered and expenses paid or incurred for the

15   approximate nineteen (19) month period from January 15, 2016, through and including July 3, 2017

16   ("Reporting Period").

17           The Firm asks that the Court approve the requested fees and submits that its requested

18   compensation and reimbursement of costs is reasonable and warranted in light of the services

19   performed and the $780,000 settlement obtained in this otherwise no-asset case.

20   ## 1.    Local Bankruptcy Rule 2016-1 Requirements

21           Pursuant to Local Bankruptcy Rule 2016-1, here follows a brief narrative history and report

22   concerning the status of the case. Should any additional information be requested by the Office of

23   the United States Trustee, the Court, or any party in interest, the Firm will provide a supplemental

24   declaration prior to any hearing on this Application.

25   ### A.    Procedural Background – LBR 2016-1(A)(1)(A)

26           On January 15, 2016, Edward Allebest and A&A filed voluntary petitions for relief under

27   Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court, Central

28   District of California.

1        Further, on January 15, 2016, the related entity Eagle Portfolio Management LLC ("Eagle")

2    filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the

3    United States Bankruptcy Court, Central District of California, and assigned Case No. 8:16-bk-

4    10177-CB ("Eagle Bankruptcy Case").

5        Trustee was appointed as the chapter 7 trustee for the Allebest Bankruptcy Case, the A&A

6    Bankruptcy Case, and the Eagle Bankruptcy Case (collectively, "Bankruptcy Cases").

7        The Allebest Bankruptcy Case and the A&A Bankruptcy Case were substantively

8    consolidated by the Bankruptcy Court on July 25, 2016.

### i. Debtor's Claimed Exemption in an Alleged Private Retirement Plan

11        In July 2007, Debtor and his spouse, Elayne E. Allebest ("Mrs. Allebest") entered into a

12    post-nuptial agreement that purported to divide their community property residence located at

13    27581 Lost Trail Drive, Laguna Hills, California ("Property") into equal separate property interests.

14        On July 5, 2007, Debtor and Mrs. Allebest executed a quitclaim deed conveying title to the

15    Residence as follows: an undivided 50% interest to Edward F. Allebest, a married man as his sole

16    and separate property, and an undivided 50% interest to Elayne E. Allebest, a married woman as her

17    sole and separate property, as tenants-in-common.

18        On or about July 5, 2007, Debtor executed a quitclaim deed conveying his undivided 50%

19    interest in the Property to the Edward F. Allebest Living Trust, dated July 5, 2007 ("Edward Living

20    Trust").

21        On or about July 5, 2007, Mrs. Allebest executed a quitclaim deed conveying her undivided

22    50% interest in the Property to the Elayne E. Allebest Living Trust, dated July 5, 2007 ("Elayne

23    Living Trust").

24        On June 13, 2008, Debtor created the Allebest & Associates Retirement Plan ("A&A

25    Retirement Plan").

26        On or about June 13, 2008, Debtor as Trustor of the Edward Living Trust, executed a deed of

27    trust to secure a promissory note in the face amount of $1,000,000 payable to Christian Allebest,

28

Trustee of the Allebest & Associates Retirement Trust.[1] Debtor testified that the purpose of the note was to fund his interest in the A&A Retirement Trust.

On or about June 13, 2008, Mrs. Allebest as Trustor of the Elayne Living Trust, executed a deed of trust to secure a promissory note in the face amount of $1,000,000 payable to the A&A Retirement Trust. Debtor testified that the purpose of the note was for Mrs. Allebest to fund her interest in the A&A Retirement Trust.

On July 24, 2014, Debtor rolled his interests in the A&A Retirement Trust into the Edward Allebest Rollover Retirement Trust dated June 13, 2008 ("Edward Retirement Trust"). At the same time, Mrs. Allebest rolled her interests in the A&A Retirement Trust into the Elayne Allebest Rollover Retirement Trust dated June 13, 2008 ("Elayne Retirement Trust"). None of the alleged retirement plans were plans that met the qualification imposed by the Internal Revenue Code to receive favorable tax treatment.

On or about August 21, 2014, Debtor as Trustor of the Edward Living Trust, executed a deed in lieu of foreclosure conveying his undivided 50% interest to Edward Retirement Trust in satisfaction of the deed of trust securing his promise to pay $1 million to the A&A Retirement Trust.

On or about August 21, 2014, Mrs. Allebest as Trustor of the Elayne Living Trust, executed a deed in lieu of foreclosure conveying her undivided 50% interest to Elayne Retirement Trust in satisfaction of the deed of trust securing her promise to fund the A&A Retirement Trust.

On the petition date, the Property was owned one-half by the Edward Retirement Trust and one-half by the Elayne Retirement Trust. Debtor claimed the full amount of his interest in the Edward Retirement Trust as a fully exempt private retirement plan under CCP § 704.115.

## ii.  Trustee's Objections to Edward Allebest's Claimed Retirement Property Exemptions and the Pending Appeal

On August 24, 2016, on behalf of the Trustee, the Firm filed the a Motion Objecting to Debtor's Claimed Exemptions in the alleged retirement plans.

---

[1] The Deed of Trust references an obligation of $1.4 million; however, the promissory note was for $1 million and Debtor testified during his initial 341(a) meeting of creditors that the $1.4 million amount on the deed of trust was a scrivener's error.

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

On November 23, 2016, the Bankruptcy Court granted the Trustee's Motion and, among other things, disallowed Edward Allebest's claimed exemption in the Edward Retirement Trust and entered an order that provided that all assets held by such trust, including Edward Allebest's one-half (1/2) interest in his residence was the non-exempt property of the estate.

Edward Allebest appealed the Court's Order sustaining the Trustee's objections to his claimed exemptions. The appeal is currently pending before the United States Bankruptcy Appellate Panel of the Ninth Circuit, BAP No. CC-16-1426 ("Appeal").

### iii.  The Underlying California Superior Court Litigation between Plaintiffs/Creditors and Defendants/Debtors

On October 22, 2014, Gary Genske and Charlotte Pinheiro, as Co-Trustees of the Charles Rusticas Administrative Trust ("Rusticas Trust"), Steve and Susie Whitten ("Whittens"), and Vafa Rakshani and the Vafa James Rakshani Living Trust ("Rakshani") (collectively, the Rusticas Trust, Whittens, and Rakshani are referred to herein as "Plaintiffs/Creditors") filed a lawsuit against Debtors and Edward Allebest's son, Jared Allebest (collectively, "Defendants") and others in the Superior Court of California, Orange County, Case No. 30-2014-00752475-CU-FR-CJC ("California Superior Court Case"), alleging various causes of action. Defendants answered the complaint and denied responsibility for any alleged losses related to or arising from the transactions discussed below. They further denied all claims and causes of action asserted in the California Superior Court Case, and asserted various affirmative defenses.

Plaintiffs/Creditors contend that Defendants fraudulently solicited and failed to repay certain loans to them. More specifically, Plaintiffs/Creditors allege that Defendants/Debtors solicited a $500,000 loan from the Rusticas Trust on or about January 16, 2012, a $500,000 loan from the Whittens on or about January 26, 2012, and a $500,000 loan from Rakshani on or about March 19, 2012 (collectively, the "Transactions").

The parties to the California Superior Court engaged in discovery and a settlement conference. Defendants filed a motion for summary judgment, which Defendants opposed. The case was stayed prior to any rulings on the merits of the parties' claims and defenses as a result of Defendants' bankruptcy filings.

On April 8, 2016, Plaintiffs/Creditors initiated an adversary proceeding against Jared Allebest in his Utah Bankruptcy Case by filing their Complaint to Determine the Dischargeability of Debt Pursuant to 11 U.S.C. § 523, Adversary Proceeding No. 16-02064 ("Utah Adversary Proceeding").

On April 15, 2016, Plaintiffs/Creditors initiated an adversary proceeding against Edward Allebest in this Court by filing a Complaint to Determine the Dischargeability of Debt Pursuant to 11 U.S.C. § 523, Case No. 16-ap-01105-CB ("California Adversary Proceeding").

The Adversary Proceedings sought to hold Edward and Jared Allebest personally liable for the Transactions, and to have the bankruptcy courts deny them dischargeability of the amounts and damages allegedly related to and arising from the Transactions.

Edward Allebest answered and denied all claims and causes of action in the California Adversary Proceeding. Likewise, Jared Allebest answered and denied all claims and causes of action in the Utah Adversary Proceeding.

### iv.  Settlement Agreement

All of the parties-in-interest entered into a settlement agreement ("Settlement Agreement") to globally resolve the differences and disputes between them, including but not limited to the California Superior Court Case, the Allebest Bankruptcy Case, the Allebest Bankruptcy Proofs of Claim, the California Adversary Proceeding, the Utah Bankruptcy Case, the Utah Adversary Proceeding, the Appeal, the amount of the Trustee's compensation, and the amount of Marshack Hays' compensation.

Edward Allebest obtained a commitment from private lenders in the amount of $780,000 to fund the negotiated Settlement Payment. Furthermore, the settlement provided for appropriate compensation to the Trustee and Trustee's counsel, Marshack Hays LLP, with reserves for payment of any deferred court costs. Specifically, the parties agreed that Trustee may petition the Court without objection by the other parties for approval of Trustee's fees pursuant to 11 U.S.C. § 326 in an amount not to exceed $42,250 (which is slightly less than the statutory commission). With regard to compensation for Marshack Hays LLP, the parties agreed that the Firm would petition the court pursuant to 11 U.S.C. § 330 without objection by any other party in an amount not to exceed $117,500

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

1   for fees and costs incurred prior to May 4, 2017. Any fees and costs incurred by the Firm after May 4,

2   2017, are subject to reasonable proof, and objection and opposition by other parties.

3          On June 30, 2017, the Court entered an Order approving the compromise. After the Court

4   enters its orders on the Trustee's and the Firm's fee applications, the Trustee will disburse the funds.

5   Concurrent with the filing of the fee applications, the Trustee filed a motion to dismiss the bankruptcy

6   cases pursuant to the court-approved settlement.

7          **B.    Status of Administration**

8          Pursuant to LBR 2016-1(a)(1)(A)(ii), "applicant must report the status of administration of

9   the estate, discussing the actions taken to liquidate property of the estate, the property remaining to

10  be administered, the reasons the estate is not in a position to be closed, and whether it is feasible to

11  pay an interim dividend to creditors."

12         Administration of this case is complete. Pursuant to the Order approving compromise, the

13  Trustee will pay court-approved compensation, make disbursements to creditors, and the cases will

14  be dismissed.

15         **C.    Funds on Hand in the Estate**

16         Pursuant to LBR 2016-1(a)(1)(A)(iii), "applicant must disclose the amount of money on hand

17  in the estate and the estimated amount of other accrued expenses of administration." As of the filing

18  of this Application, the Estate has $791,678.44 in cash on hand.

19         The estimated amount of accrued but unpaid expenses of administration other than the Firm's

20  fees and costs as set forth in this Application are the Trustee's expenses and fees pursuant to 11

21  U.S.C. § 326 and any costs payable to the court.

22         **D.    Employment of the Firm**

23         Pursuant to LBR 2016-1(a)(1)(B), the Application must include "the date of entry of the

24  order approving the employment of the individual or firm for whom payment of fees or expenses is

25  sought, and the date of the last fee application for the professional."

26         On April 14, 2016, the Court entered an Order approving the Trustee's application to employ

27  Marshack Hays LLP as general counsel. A true and correct copy of the Order Authorizing

28

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

Employment of Counsel is attached to the Hays Declaration, submitted with this Application, as Exhibit "1."

### E.    Previous Fees and Expenses

Pursuant to LBR 2016-1(a)(1)(C), the Application must include "a listing of the amount of fees and expenses previously requested, those approved by the court, and how much has been received." The Firm has not previously applied to the Court for allowance of fees and reimbursement of expenses.

### F.    Description of Services Rendered

Pursuant to LBR 2016-1(a)(1)(C), the Application must include "a brief narrative statement of the services rendered and the time expended during the period covered by the application."

The Firm represented the Trustee during the Reporting Period from February 1, 2016, through and including July 3, 2017, without being paid any compensation or being reimbursed for any expenses. Descriptions of the types of services rendered by the Firm for the present Reporting Period from are set forth below pursuant to the categories recommended by the Office of the United States Trustee. The blended hourly rate for all services provided to the Estate as set forth below is $453.70.

### i.    Allebest v Marshack Appeal

During the Reporting Period, the Firm spent approximately 17.20 hours performing services in connection with Allebest v Marshack Appeal. The Firm's fees charged for these services are $7,189.00, which represents 5% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $418.00 per hour. Services performed in this category include:

- Review and analyze Debtor's appellate filings;

- Multiple telephone conferences and correspondence with Debtor's attorney re: appeal issues;

- Multiple meetings, telephone conferences and correspondence with Trustee re: Debtor's appellate filings and extension of time for opening brief;

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

1          •          Review and analyze Debtor's opening brief and begin preparation of Trustee's

2    opening brief;

3          •          Multiple telephone conferences and correspondence with Trustee and

4    Debtor's attorney re: settlement; and

5          •          Draft and revise motion for extension of time for Trustee to file answering

6    brief.

### ii.  Asset Analysis and Recovery

8          During the Reporting Period, the Firm spent approximately 43.40 hours performing services

9    in connection with Asset Analysis and Recovery. The Firm's fees charged for these services are

10   $18,652.50, which represents 12% of the total fees sought by this Application. The blended hourly

11   rate for services performed in this regard is approximately $430.00 per hour. Services performed in

12   this category include:

13         •          Review and analyze petitions and schedules filed by Edward Allebest, AA,

14   and Eagle;

15         •          Review and analysis of Private Retirement Plan ("PRP") documents;

16         •          Review and analysis of real property documents;

17         •          Multiple telephone conferences and correspondence with Trustee re:

18   retirement plan, exemptions, real property;

19         •          Multiple telephone conferences and correspondence with Debtor's attorney re:

20   document production;

21         •          Draft and revise non-disclosure agreement;

22         •          Legal research re: exemptions;

23         •          Draft stipulation for order enjoining transfer or encumbrance of real property;

24         •          Multiple telephone conferences and correspondence with Debtor's attorney re:

25   trust issues, identity of trustee;

26         •          Multiple telephone conferences and correspondence with creditors' attorney

27   re: case status and assets;

28

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

1        • Meeting with Trustee, Edward Allebest and Debtor's attorney re: private

2    retirement plan issues;

3        • Legal research re: non-qualified plans; and

4        • Review and analysis of Debtor's amended schedule C.

5            ### iii. Litigation

6        During the Reporting Period, the Firm spent approximately 194.30 hours performing services

7    in connection with Litigation. The Firm's fees charged for these services are $92,057.50, which

8    represents 60% of the total fees sought by this Application. The blended hourly rate for services

9    performed in this regard is approximately $474.00 per hour. Services performed in this category

10   include:

11       • Multiple meetings and e-mail correspondence with Trustee re: basis for

12   objection to exemptions;

13       • Review and analysis of pending state court documents;

14       • Draft and revise declaration of Trustee re: ex parte application to continue

15   state court trial;

16       • Draft and revise objection to exemption;

17       • Review and analysis of 34a(a) transcript in support of objection to exemption;

18       • Research re Debtor's law practice;

19       • Legal research re: probate code definitions and self-settled trusts;

20       • Legal research re: spendthrift trusts and retirement plans;

21       • Review and analysis of cross-complaint;

22       • Multiple meetings and e-mail correspondence with Trustee re: objection to

23   exemptions, mediation, cross-complaint;

24       • Draft and revise mediation brief;

25       • Draft and revise confidential mediation statement;

26       • Multiple e-mail correspondence with counsel for Debtor and mediator;

27       • Draft and revise subpoena for production of documents;

28

10

4844-0654-5738v1/1015-094

1         •     Multiple telephone conferences and correspondence re: Debtor's son's

2 bankruptcy filing in Utah;

3         •     Prepare for and attend mediation;

4         •     Multiple meetings and e-mail correspondence with Trustee re: results of

5 mediation and litigation strategy in light of not obtaining a settlement;

6         •     Draft and revise stipulation to continue hearing on objection to exemptions;

7         •     Draft and revise order assigning matter to mediation re: Genske v Allebest;

8         •     Research re: claims to avoid post-nuptial agreement;

9         •     Research re: application of 10-year reach back to avoid fraudulent transfers;

10         •     Review and analysis of Debtor's opposition to objection to exemptions;

11         •     Draft and revise Trustee's reply brief;

12         •     Review and analysis of documents produced by Elayne Allebest in response

13 to subpoena;

14         •     Draft and revise summary of documents;

15         •     Prepare for and attend hearing on Trustee's objection to exemptions;

16         •     Draft order sustaining Trustee's objection to exemptions;

17         •     Review and analysis of motion for summary judgment by Genske;

18         •     Multiple meetings and e-mail correspondence with Trustee re: strategy for

19 administering Debtor's non-exempt interest in trust;

20         •     Review and analysis of plan documents;

21         •     Draft and revise complaint for avoidance and recovery of fraudulent transfer,

22 declaratory relief re: Debtor's community property interest in real property, quiet title and sale of

23 jointly owned property;

24         •     Multiple meetings and e-mail correspondence with Trustee and Michael

25 Wallin re: assignment of causes of action;

26         •     Draft and revise assignment of causes of action;

27         •     Review and analysis of Debtor's appeal of order re: exemption;

28         •     Review and analysis of documents re: designation of record;

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

- Multiple telephone conferences and e-mail correspondence with attorney for Debtor re: appeal;

- Multiple meetings, telephone conferences and correspondence with multiple parties re: settlement negotiations with Debtor, creditors, Trustee;

- Draft revisions to global settlement agreement;

- Draft and revise motion to approve global settlement agreement; and

- Draft and revise application for order setting hearing on shortened notice.

### iv.  Meeting of Creditors

During the Reporting Period, the Firm spent approximately 9.30 hours performing services in connection with Meeting of Creditors. The Firm's fees charged for these services are $5,115.00, which represents 3% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $550.00 per hour. Services performed in this category include:

- Prepare for and conduct Debtor's 341(a) meeting of creditors; and

- Multiple meetings and e-mail correspondence with Trustee and staff re: continuing 341(a) meetings.

### v.  Asset Disposition

During the Reporting Period, the Firm spent approximately 18.80 hours performing services in connection with Asset Disposition. The Firm's fees charged for these services are $7,762.50, which represents 5% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $413.00 per hour. Services performed in this category include:

- Multiple meetings and e-mail correspondence with Trustee re: stipulation to enjoin transfer of real property;

- Draft and revise agreement to assign litigation claims;

- Multiple telephone conferences and e-mail correspondence with Michael Wallin re: assignment of litigation claims;

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

- Multiple telephone conferences and e-mail correspondence with Trustee Wallin re: abandonment of litigation claims; and

- Draft and revise Trustee's motion to abandon Estate's interest in litigation claims.

### vi. Case Administration

During the Reporting Period, the Firm spent approximately 37.40 hours performing services in connection with Case Administration. The Firm's fees charged for these services are $15,811.00, which represents 10% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $423.00 per hour. Services performed in this category include:

- Multiple telephone conferences and written correspondence with Trustee re: case status;

- Multiple telephone conferences and e-mail correspondence with Trustee and other parties re: consolidation of Edward Allebest and AA cases;

- Draft and revise stipulation to consolidate cases;

- Legal research re: substantive consolidation;

- Draft and revise consolidation brief;

- Prepare for and attend hearing on consolidation of cases; and

- Draft and revise case status reports.

### vii. Claims Administration

During the Reporting Period, the Firm spent approximately 1.00 hours performing services in connection with Claims Administration. The Firm's fees charged for these services are $511.00, which represents less than 1% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $511.00 per hour.

- Review and analysis of filed claims.

### viii. Employment and Fee Applications

During the Reporting Period, the Firm spent approximately 16.50 hours performing services in connection with Employment and Fee Applications. The Firm's fees charged for these services

13

are $6,206.00, which represents 4% of the total fees sought by this Application. The blended hourly rate for services performed in this regard is approximately $376.00 per hour. Services performed in this category include:

- Draft, revise, and file Trustee's application to employ counsel;

- Draft and revise order approving Trustee's application to employ counsel;

- Review and revise detailed timekeeper entries to comply with Office of the U.S. Trustee guides; and

- Draft and revise first and final fee application.

## G.    Descriptive and Detailed Statement of Services Performed

Pursuant to LBR 2016-1(a)(1)(E), "the application must contain a detailed listing of all time spent by the professional on matters for which compensation is sought" including date service was rendered, detailed description of service, amount of time spent, and identification of person who rendered service.

Attached to the Hays Declaration as Exhibit "2" is a photocopy reduction of the Firm's computer billing printout and consists of the summation of the Firm's time records as kept in the ordinary course of business during the Reporting Period. The detail set forth in Exhibit "2" is believed by the Firm to be sufficient to demonstrate the services performed by the Firm during the period covered by this Application. Attached to the Hays Declaration as Exhibit "3" is a summary schedule of the fees requested as recommended in the U.S. Trustee Guidelines.

The persons who rendered services in connection with the Firm's representation of the Estate are identified in the billing detail by their initials. Those persons are:

|  | Timekeeper |
| --- | --- |
| DEH | D. Edward Hays |
| MWG | Matthew W. Grimshaw |
| KAT | Kristine A. Thagard |
| JEM | Judith E. Marshack |
| SCH | Sarah Cate Hays |
| CVH | Chad V. Haes |
| DAW | David A. Wood |
| AMT | Ashley M. Teesdale |
| LM | Laila Masud |
| PK | Pamela Kraus |

14

| CLM | Chanel Mendoza |
|-----|----------------|
| LB  | Layla Buchanan |
| CB  | Cynthia Bastida |

There have been intra-office conferences billed by attorneys and paralegals. The Firm believes that, at times, intra-office conferencing is a necessary part of its ability to efficiently and effectively represent the Trustee by assembling a "team" of lawyers to work on the case. As a part of this team approach to representing the Trustee, the supervising partner analyzes the needs of the client and assigns to the associates or paralegal tasks based upon the level of expertise and experience needed to complete the task. A key to the team concept is communication among the members of the team. While it may not be necessary for all team members to be aware of all of the intricacies of the case, the supervising partner must be informed of all aspects of the case. Moreover, from time to time, it is essential for the partner supervising the case to provide to junior members of the team advice on matters which arise in the course of the representation of the Trustee.

## H.    Descriptive and Detailed Statement of Costs Incurred

Pursuant to LBR 2016-1(a)(1)(F), "an application that seeks reimbursement of actual and necessary expenses must include a summary listing of all expenses by category (i.e., long distance telephone, photocopy costs, facsimile charges, travel, messenger and computer research). As to each unusual or costly expense item, the application must state: (i) The date the expense was incurred; (ii) A description of the expense; (iii) The amount of the expense; and (iv) An explanation of the expense."

Attached to the Hays Declaration as Exhibit "4" is a schedule of costs and expenses incurred or paid by the Firm during the relevant time period but not yet reimbursed. Attached to the Hays Declaration as Exhibit "5" is a summary schedule of costs as recommended by the Office of the United States Trustee. The Firm believes and represents that the costs and expenses are reasonable under the circumstances of this case and the various pleadings filed by the Trustee.

During the Reporting Period, the Firm incurred unreimbursed expenses of $4,516.34 on behalf of the Trustee for which the Firm seeks reimbursement. These expenses were actual expenses incurred in connection with the services rendered on behalf of the Trustee. Expenses of this type are

billed to and paid by the Firm's clients who pay monthly without contingency as to payment. The Firm has not included such expenses in its overhead and such expenses are not encompassed by its billing rates.

### i.  Document Reproduction

The Firm incurred the sum of $661.60 in document reproduction expenses during the Reporting Period. Each time a document is copied, staff records the number of pages and the case information into a ledger. All of the Firm's clients are charged $0.20 per page for copies.

### ii.  Online Research

The Firm incurred $2,550.21 in costs related to online computer research including Westlaw, Lexis and Pacer. The Firm does not use online services without first utilizing its own library and other resources.

### iii.  Delivery

The Firm incurred $630.14 in costs related to delivery charges, mainly related to the motion to sell the Player Database.

### iv.  Postage

Postage is usually charged to clients when multiple envelopes are being mailed at a single time. A cost recovery system in the mail room records the client and amount to be charged. These charges are then recorded on the client account. The Firm incurred the sum of $170.31 in postage charges for mailing during the Reporting Period.

### v.  Local Travel

The Firm incurred $15.88 in costs related to local travel.

### vi.  Deposition

The Firm incurred $488.20 in costs related to deposition services related to the transcription of the 341(a) hearing.

### I.  Hourly Rates

Pursuant to LBR 2016-1(a)(1)(G), "unless employment has been approved on a fixed fee, percentage fee, or contingent fee basis, the application must contain a listing of the hourly rates charged by each person whose services form a basis for the fees requested in the application. The

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

application must contain a summary indicating for each attorney by name: (i) The hourly rate and the periods each rate was in effect; (ii) The total hours in the application for which compensation is sought; and (iii) The total fee requested in the application."

| Timekeeper | Rate/Period | Total Hours | Total Fee |
|---|---|---|---|
| D. Edward Hays | No Charge During Period | .10 | $0.00 |
| D. Edward Hays | $550 February 1, 2016 through February 28, 2017 | 156.80 | $86,240.00 |
| D. Edward Hays | $580 March 1, 2017 through July 3, 2017 | 24.90 | $14,442.00 |
| Matthew W. Grimshaw | $420 February 1, 2016 through February 28, 2017 | 2.20 | $924.00 |
| Kristine A. Thagard | $435 February 1, 2016 through February 28, 2017 | 25.00 | $10,875.00 |
| Kristine A. Thagard | $460 March 1, 2017 through July 3, 2017 | 1.50 | $690.00 |
| Judith E. Marshack | No Charge During Period | .50 | $0.00 |
| Judith E. Marshack | $360 February 1, 2016 through February 28, 2017 | 67.90 | $24,444.00 |
| Judith E. Marshack | $370 March 1, 2017 through July 3, 2017 | 3.70 | $1,369.00 |
| Sarah Cate Hays | $395 Entire Period | 10.70 | $4,226.50 |
| Chad V. Haes | $350 Entire Period | .40 | $140.00 |
| David A. Wood | No Charge During Period | .70 | $0.00 |
| David A. Wood | $320 February 1, 2016 through February 28, 2017 | 5.30 | $1,696.00 |
| David A. Wood | $360 March 1, 2017 through July 3, 2017 | .40 | $144.00 |
| Ashley M. Teesdale | $275 February 1, 2016 through February 28, | .10 | $27.50 |

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

| | | | |
|---|---|---|---|
| | 2017 | | |
| Laila Masud | $300<br>March 1, 2017 through July 3, 2017 | 3.00 | $900.00 |
| Pamela Kraus | $240<br>February 1, 2016 through February 28, 2017 | 2.50 | $600.00 |
| Pamela Kraus | $250<br>March 1, 2017 through July 3, 2017 | 9.90 | $2,475.00 |
| Chanel Mendoza | $185<br>February 1, 2016 through February 28, 2017 | 17.60 | $3,256.00 |
| Chanel Mendoza | $190<br>March 1, 2017 through July 3, 2017 | 1.40 | $266.00 |
| Layla Buchanan | $190<br>March 1, 2017 through July 3, 2017 | .30 | $57.00 |
| Cynthia Bastida | $175<br>February 1, 2016 through February 28, 2017 | 2.50 | $437.50 |
| Cynthia Bastida | $190<br>March 1, 2017 through July 3, 2017 | .50 | $95.00 |
| | | 337.90 | $153,304.50 |

## J.    Professional Education and Experience

Pursuant to LBR 2016-1(a)(1)(H), the Application must include "a description of the professional education and experience of each of the individuals rendering services, including identification of the professional school attended, year of graduation, year admitted to practice, publications or other achievements, and explanation of any specialized background or expertise in bankruptcy-related matters."

A brief biographical description of the attorneys who rendered services for which compensation is sought by this Application is attached to the Hays Declaration as Exhibit "6." The Firm believes and represents that the services rendered during the Reporting Period have been beneficial to the estate and that this request for allowance of compensation is fair and reasonable.

## K.    Change in Professional Rates

Pursuant to LBR 2016-1(a)(1)(I), "if the hourly rate has changed during the period covered by the application, the application must specify the rate that applies to the particular hours for which

compensation is sought." The hourly rates of the Firm's professionals did change during the Reporting Period, and the rates that apply to the particular hours for which compensation is sought are set forth both in the chart above at Section I and in the billing detail attached as Exhibit 2 to the Hays Declaration.

### L.    Statement of Compliance

Pursuant to LBR 2016-1(a)(1)(J), the Application must include "a statement that the applicant has reviewed the requirements of this rule and that the application complies with this rule."

The Hays Declaration includes at ¶ 17 a statement that Mr. Hays, as a partner of the Firm, has reviewed the requirements of this rule and that the application complies with this rule.

## 2.    Legal Argument

### A.    The Court has Authority to and Should Approve the Application in its Entirety

#### i.    Amount of Current Request for Compensation and Reimbursement

As set forth above and in the attached exhibits, during the Reporting Period the Firm incurred fees in the amount of $128,879.50 and expenses in the amount of $4,516.34, a total of $133,395.84, on behalf of the Trustee, for which the Firm requests Court approval.

#### ii.    Legal Points and Authorities

The Bankruptcy Code provides that the Court can authorize payment of reasonable and necessary compensation and reimbursement of expenses.

> (a)(1)  After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, an examiner, a professional person employed under section 327 or 1103 –
> (A)  reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and
> (B)  reimbursement for actual, necessary expenses.

11 U.S.C. §330.

In the Ninth Circuit, the test for calculating a reasonable attorney's fee under 11 U.S.C. § 330 is the lodestar method. "The primary method used to determine a reasonable attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate." *Id*. at 1471. *In re*

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

1    *Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983). This lodestar or basic fee, if warranted, can then be

2    adjusted upward or downward. *In re Powerine Oil* Co., 71 B.R. 767 (9th Cir. BAP 1986).

3        Based upon these points and authorities and the declaration and exhibits submitted in support

4    of this Application, the Firm believes that its requested fees and costs are reasonable given the

5    benefit conferred on the Estate. The Firm has assisted the Trustee in making a meaningful recovery

6    for the Estate and in administering assets for the benefit of creditors.

7    **3.    CONCLUSION**

8        The Firm requests that this Court enter its Order as follows:

9        1.    Approving compensation in the amount of $128,879.50 and reimbursement of

10   expenses paid or incurred in the amount of $4,516.34;

11       2.    Authorizing the Trustee to immediately pay the allowed fees and expenses in the

12   amount of $133,395.84 for services rendered and costs incurred; and

13       3.    For such other and further relief as the Court deems proper.

14   DATED: July 3, 2017                MARSHACK HAYS LLP

15

16                                      By:   */s/ D. Edward Hays*

17                                          D. EDWARD HAYS
                                           Attorneys for Chapter 7 Trustee
18                                         RICHARD A. MARSHACK

19

20

21

22

23

24

25

26

27

28

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

# Declaration of D. Edward Hays

I, D. EDWARD HAYS, declare:

1.      I am an individual over 18 years of age and competent to make this Declaration. I am an attorney at law licensed to practice in this state and admitted to practice in this Court.

2.      I am a partner of the law firm Marshack Hays LLP and maintain offices at 870 Roosevelt, Irvine, California, 92620.

3.      I make this Declaration in support of the First and Final Application for Allowance of Fees and Costs ("Application") filed by Marshack Hays LLP ("Firm"). Capitalized terms not defined in this declaration have the meaning ascribed to them in the Application.

4.      The Firm represents Richard A. Marshack, the Chapter 7 Trustee ("Trustee") for the substantively consolidated estate ("Estate") of Edward F. Allebest ("Edward Allebest") and Allebest & Associates ("A&A") (collectively, "Debtor") as general counsel in this bankruptcy proceeding.

5.      If called as a witness, I could and would competently testify to the facts set forth in this declaration of my own personal knowledge, information, and belief.

6.      I have reviewed the court's webPACER docket and electronic case files for this case to refresh my memory as to the specific filing and entry dates of the documents referenced below. The information referenced in this Application from the pleadings filed in this case is true and accurate.

7.      I am the designated professional responsible for overseeing the billing in this matter and for assuring compliance with the Guidelines for the United States Trustee related to billing.

8.      With the exception of the general sharing of compensation between members and employees of the Firm, no agreement or understanding exists between Applicant and any other individual or entity for the sharing of compensation to be received for services rendered or the reimbursement of costs incurred in or in connection with this case.

9.      The Firm has not previously requested payment of fees and reimbursement of expenses in this case, nor have any such fees and expenses been approved by the Court or received by the Firm.

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

10.     A true and correct copy of the Order authorizing the Trustee to employ the Firm is attached to this Declaration as Exhibit "1."

11.     In the normal course of the Firm's business, the Firm keeps and maintains billing records. I am familiar with the Firm's billing practices and policies, which include that the Firm's attorneys and paralegals are required to track the time they spend on each project or task in .10/hour increments ("Billing Entries"). The lawyers and paralegals making Billing Entries have personal knowledge regarding the work performed, and the Billing Entries are entered into the Firm's billing software in a manner that is substantially contemporaneous with the performance of the work reflected in the Billing Entries.

12.     I am one of the custodians of the Firm's Billing Entries with respect to its representation of the Trustee in this case. A true and correct copy of attorney time records for services rendered by professionals in this firm on behalf of the Trustee in the above entitled matter during the period of January 15, 2016, through and including July 3, 2017, is attached to this Declaration as Exhibit "2."

13.     A true and correct copy of the summary schedule of fees requested as recommended by the U.S. Trustee Guidelines is attached to this Declaration as Exhibit "3."

14.     The Firm also tracks the costs it incurs with respect to each matter it undertakes, and such costs are tracked separately in the Firm's billing software. The cost entries are entered into the Firm's billing software by persons who have personal knowledge of the costs incurred, and are entered substantially contemporaneous with the incursion of each cost. I am one of the Firm's custodians of record with respect to the costs incurred in representing the Trustee in this matter. A true and correct copy of the schedule of costs and expenses incurred or paid by the Firm during the relevant time period but not yet reimbursed is attached to this Declaration as Exhibit "4."

15.     A true and correct copy of the summary schedule of costs as recommended by the U.S. Trustee Guidelines is attached to this Declaration as Exhibit "5."

16.     A true and correct copy of the Firm's resume, containing a brief biographical description of the attorneys who rendered services for which compensation is sought by this Application, is attached to this Declaration as Exhibit "6."

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

17.     I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and have reviewed the Application in light of those requirements, and believe that the application complies with the requirements of the Local Bankruptcy Rule 2016-1.

18.     I believe that the fee application submitted herein covering the Reporting Period complies with the United States Trustee Guide for Applications for Professional Fee Compensation.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 3, 2017.

_/s/  D. Edward Hays_____
D. EDWARD HAYS

FIRST INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF COSTS FILED BY MARSHACK HAYS LLP

4844-0654-5738v1/1015-094

EXHIBIT 1

D. Edward Hays, #162507
Ehays@marshackhays.com
Judith E. Marshack, #163871
Jmarshack@marshackhays.com
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

Attorneys for Chapter 7 Trustee,
Richard A. Marshack

FILED & ENTERED

APR 14 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

|  |  |
|---|---|
| In re | Case No. 8:16-bk-10181-CB |
| EDWARD F. ALLEBEST, | Chapter 7 |
| Debtor. | ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY MARSHACK HAYS LLP AS GENERAL COUNSEL |
|  | Date: March 29, 2016<br>Time: 2:30 p.m.<br>Crtrm.: 5D |

A hearing was held on March 29, 2016, at 2:30 p.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth Street, Santa Ana, California on the Chapter 7 Trustee's Application to Employ Marshack Hays LLP as General Counsel, filed March 4, 2016, as Docket #16 ("Application"). Appearances were made as noted on the record.

The Court having read and considered the Application, the related pleadings, heard the statements of counsel, noted the lack of opposition and with good cause shown,

//

//

//

EXHIBIT 1
Page 24

1    IT IS ORDERED:

2    1.    The Application is granted.

3    2.    Employment is authorized pursuant to 11 U.S.C. §327 and compensation is subject to

4    further application, determination and approval of this Court pursuant to 11 U.S.C. §330 or §331.

5    ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: April 14, 2016

24    Catherine Bauer
     United States Bankruptcy Judge

25

26

27

28

**EXHIBIT 1
Page 25**

EXHIBIT 2

# MARSHACK HAYS LLP
### ATTORNEYS AT LAW
LITIGATION | REORGANIZATION | BANKRUPTCY

870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778
Tax ID # 26-4503174

Richard Marshack, Trustee
870 Roosevelt Avenue
Irvine, CA  92620

Invoice  7634
July 3, 2017

ID: 1015-094 - MWG

Re: Allebest, Edward F.

For Services Rendered Through July 3, 2017

| | |
|---|---|
| Current Fees | 153,304.50 |
| Total Current Charges | 153,304.50 |

| | |
|---|---|
| **Total Due** | **153,304.50** |

**EXHIBIT 2**
**Page 26**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page  2 |

| | | Fees | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |

.1 - Allebest v. Marshack (16-1426)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/16 | DEH | Telephone conference with Richard A. Marshack re: timing for filing complaint and debtor's appeal; | 0.20 | 550.00 | 110.00 |
| 12/16/16 | DEH | Draft written correspondence to Richard A. Marshack re: whether to opt-out of BAP; | 0.20 | 550.00 | 110.00 |
| 01/03/17 | JEM | Review and analyze documents and docket re: designation of record for appeal (.60); E-mail to D. Edward Hays re: same and recommendations (.20); | 0.80 | 360.00 | 288.00 |
| 01/05/17 | JEM | Review appellate filings; | 0.30 | 360.00 | 108.00 |
| 01/06/17 | DEH | Conference with Richard A. Marshack and Pam Kraus re: appellate strategy; | 0.20 | 550.00 | 110.00 |
| 01/06/17 | JEM | Conference with Richard A. Marshack and D. Edward Hays re: appellate and litigation strategy, status of case (No Charge); | 0.50 | 0.00 | |
| 01/06/17 | DEH | Conference with Richard A. Marshack re: appellate strategy (.60); Conference with Richard A. Marshack and Kris A. Thagard re: form of assignment agreement (.50); | 1.10 | 550.00 | 605.00 |
| 01/08/17 | DEH | Written correspondence with Richard A. Marshack re: stay pending appeal; | 0.20 | 550.00 | 110.00 |
| 01/09/17 | SCH | Telephone conference with Richard A. Marshack re: appeal strategy (.30); | 0.30 | 395.00 | 118.50 |
| 01/09/17 | SCH | Review written correspondence from Richard A. Marshack and D. Edward Hays re: appeal strategy and draft written correspondence to D. Edward Hays re: same (.20); | 0.20 | 395.00 | 79.00 |
| 01/10/17 | SCH | Conference with D. Edward Hays and telephone conference with Bill Burd re: appellate briefing and issues (1.20); | 1.20 | 395.00 | 474.00 |
| 01/10/17 | DEH | Telephone conference to Bill Burd and Draft written correspondence to Richard A. Marshack re: same; | 0.20 | 550.00 | 110.00 |
| 01/10/17 | DEH | Telephone conference with Bill Burd and Sarah Cate Hays re: appeal (.30); Conference with Sarah Cate Hays re: same (.20; Review and analyze BAP hearing calendar and draft notice of unavailability (.40); Draft written correspondence to Richard A. Marshack re: same (.10); | 1.00 | 550.00 | 550.00 |
| 01/17/17 | DEH | Telephone conference with Bill Burd re: debtor's request for extension of time to file opening brief; | 0.20 | 550.00 | 110.00 |
| 01/20/17 | SCH | Conference with D. Edward Hays re: Burd & Naylor request for continuance (.20); Review written correspondence from D. Edward Hays re: same (.10); | 0.70 | 395.00 | 276.50 |

**EXHIBIT 2**
**Page 27**

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review multiple written correspondences from and draft multiple written correspondences to Bill Burd re: same (.20); Review and revise joint motion for extension of briefing schedule (.20); | | | |
| 01/20/17 | DEH | Written correspondence with Bill Burd re: motion for extension (.20); Telephone conference with Richard A. Marshack re: same (.20); Review and revise joint motion for extension (.10); | 0.50 | 550.00 | 275.00 |
| 02/28/17 | DEH | Review and analyze debtor's opening brief (.40); Draft written correspondence to Richard A. Marshack and Sarah Cate Hays re: same (.20); | 0.60 | 550.00 | 330.00 |
| 02/28/17 | JEM | Review and analyze defendant's opening appellate brief; | 0.30 | 360.00 | 108.00 |
| 03/01/17 | SCH | Conference with D. Edward Hays re: appellate briefing (.10); | 0.10 | 395.00 | 39.50 |
| 03/01/17 | SCH | Conference with D. Edward Hays re: appeal arguments (.10); | 0.10 | 395.00 | 39.50 |
| 03/01/17 | DEH | Conference with Sarah Cate Hays re: issues re: appellate brief; | 0.20 | 580.00 | 116.00 |
| 03/03/17 | DEH | Review and analyze statement of compensation filed by Bill Burd (.10); Draft written correspondence to Richard A. Marshack re: same (.10); | 0.20 | 580.00 | 116.00 |
| 03/10/17 | SCH | Conference with D. Edward Hays re: appeal strategy (.20); | 0.20 | 395.00 | 79.00 |
| 03/10/17 | DEH | Conference with Sarah Cate Hays re: appellate strategy; | 0.20 | 580.00 | 116.00 |
| 03/15/17 | DEH | Conference with Sarah Cate Hays re: settlement negotiations and timing for appellate brief; | 0.20 | 580.00 | 116.00 |
| 03/16/17 | SCH | Conference with D. Edward Hays re: status of appellate briefing (.10); | 0.10 | 395.00 | 39.50 |
| 03/16/17 | DEH | Conference with Sarah Cate Hays re: likely continuance of appellate brief (No Charge); | 0.10 | 0.00 | |
| 03/17/17 | DEH | Draft written correspondence to Bill Burd re: continuance of briefing deadline pending conclusion of settlement (.20); Conference with Sarah Cate Hays re: same (.20); | 0.40 | 580.00 | 232.00 |
| 03/17/17 | SCH | Review written correspondence from deh and Bill Burd re: appeal (.20); Conference with D. Edward Hays re: settlement issues (.10); | 0.30 | 395.00 | 118.50 |
| 03/19/17 | DEH | Written correspondence with Bill Burd re: agreement to extend briefing to conclude settlement negotiations; | 0.20 | 580.00 | 116.00 |
| 03/20/17 | SCH | Conference with and telephone conference with D. Edward Hays re: appeal and settlement strategies (.40); | 0.40 | 395.00 | 158.00 |
| 03/20/17 | DEH | Conference with Sarah Cate Hays re: motion to extend deadline to file brief pending conclusion of settlement | 0.30 | 580.00 | 174.00 |

**EXHIBIT 2**
**Page 28**

# Marshack Hays LLP

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | discussions; | | | |
| 03/23/17 | CM | Prepare draft appellee Richard A. Marshack's motion for extension of time to file answering brief; | 0.40 | 190.00 | 76.00 |
| 03/23/17 | SCH | Conference with Chanel Mendoza re: motion to extend deadline to file answering brief on appeal, conference with Chanel Mendoza re: other potential appeal-related filings (.20); | 0.20 | 395.00 | 79.00 |
| 03/24/17 | SCH | Draft, review, and finalize motion for extension of time to file appellee's answering brief (.30); | 0.30 | 395.00 | 118.50 |
| 03/24/17 | CM | Revise and finalize appellee Richard A. Marshack's motion for extension of time to file answering brief; | 0.50 | 190.00 | 95.00 |
| 03/31/17 | SCH | Review entered order extending appellate deadlines (.10); | 0.10 | 395.00 | 39.50 |
| 04/20/17 | DEH | Conference with Sarah Cate Hays re: settlement negotiations and extension of time to file brief; | 0.20 | 580.00 | 116.00 |
| 04/27/17 | CM | Prepare draft appellee Richard A. Marshack's motion for extension of time to file answering brief; | 0.20 | 190.00 | 38.00 |
| 04/28/17 | CM | Revise and finalize appellee Richard A. Marshack's motion for extension of time to file answering brief; | 0.30 | 190.00 | 57.00 |
| 04/28/17 | SCH | Telephone conferences with Bill Burd re: Allebest consent to extension of deadline to file answering brief (.30); Draft, review, and finalize motion for extension of time to file answering brief in light of settlement negotiations (.60); Conference with D. Edward Hays re: same and re: need to conclude settlement negotiations (.20); | 1.10 | 395.00 | 434.50 |
| 05/16/17 | SCH | Written correspondence with Bill Burd re: extension of appellate deadlines to allow for documentation and approval of settlement (.40); Research re: previous motions and deadlines (.30); Draft, review, and finalize motion for extension of deadlines and declaration in support of same (.60); | 1.30 | 395.00 | 513.50 |
| 05/16/17 | DEH | Written correspondence with Sarah Cate Hays re: motion to extend appellate deadline (.10); Written correspondence with Michael Wallin re: same and projected timing for forwarding draft settlement agreement and motions (.10); | 0.20 | 580.00 | 116.00 |
| 05/17/17 | CB | Revise and finalize appellee's motion for extension of time to file answering brief; | 0.50 | 190.00 | 95.00 |
| 06/01/17 | SCH | Review entered order on continuance of appellate deadlines and written correspondence with D. Edward Hays re: settlement agreement (.20); | 0.20 | 395.00 | 79.00 |
| *Subtotals for task code .1 - Allebest v. Marshack (16-1426)* | | | *17.20* | | *7,189.00* |

**EXHIBIT 2**
**Page 29**

## Marshack Hays LLP

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 5 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1 - Asset Analysis and Recovery | | | | | |
| 02/01/16 | JEM | Conference with Richard A. Marshack and D. Edward Hays re: Allebest issues; | 0.30 | 360.00 | 108.00 |
| 02/01/16 | JEM | Telephone conference with J. Hersey and Mike Wallin re: Allebest assets, issues, litigation; | 0.80 | 360.00 | 288.00 |
| 02/01/16 | JEM | Telephone conference with Steph Lang re: Allebest and issues related to defined benefit plan, prohibited transfers, loans, distributions; | 0.50 | 360.00 | 180.00 |
| 02/01/16 | JEM | Westlaw research re: properties of Edward Allebest; | 1.40 | 360.00 | 504.00 |
| 02/01/16 | JEM | Conference with D. Edward Hays re: trusts, retirement trust, and property held by retirement trust; | 0.30 | 360.00 | 108.00 |
| 02/01/16 | JEM | Review Allebest petition and schedules; | 0.20 | 360.00 | 72.00 |
| 02/01/16 | JEM | Review and analyze multiple deeds of trust; | 0.30 | 360.00 | 108.00 |
| 02/01/16 | DEH | Conference with Richard A. Marshack and Judith E. Marshack re: facts of case; | 0.20 | 550.00 | 110.00 |
| 02/01/16 | DEH | Conference with Judith E. Marshack and Review and analyze deeds, deeds of trust, and schedules; | 0.50 | 550.00 | 275.00 |
| 02/01/16 | DEH | Telephone conference with Richard A. Marshack re: facts of case and prohibited transactions; | 0.20 | 550.00 | 110.00 |
| 02/02/16 | JEM | Analysis of multiple deeds re: Lost Trail property; | 0.30 | 360.00 | 108.00 |
| 02/02/16 | JEM | Draft outline and timeline of transfers re: Lost Trail property; | 0.30 | 360.00 | 108.00 |
| 02/02/16 | CM | Prepare demand letter to J. Scott Williams re: production of documentation; | 0.10 | 185.00 | 18.50 |
| 02/02/16 | DEH | Telephone conference with Richard A. Marshack re: facts and potential claims; | 0.20 | 550.00 | 110.00 |
| 02/02/16 | JEM | Westlaw research on Allebest assets; | 1.40 | 360.00 | 504.00 |
| 02/03/16 | JEM | Review Westlaw search results and prepare summary; | 0.70 | 360.00 | 252.00 |
| 02/03/16 | JEM | Draft letter to Allebest's counsel re: trustee's document request; | 0.30 | 360.00 | 108.00 |
| 02/05/16 | CM | Revise and finalize letter to J. Scott Williams re: document production; | 0.10 | 185.00 | 18.50 |
| 02/05/16 | JEM | Review and revise Trustee's letter to J. Scott Williams requesting Allebest documents; | 0.20 | 360.00 | 72.00 |
| 02/05/16 | JEM | E-mail to Pam Kraus and Debbie Tognetti re: lien and title information request re: Mission Viejo property; | 0.10 | 360.00 | 36.00 |
| 02/05/16 | JEM | Westlaw research re: potential related properties; | 0.40 | 360.00 | 144.00 |
| 02/05/16 | DEH | Telephone conference with Richard A. Marshack re: discussions with J. Scott Williams; | 0.20 | 550.00 | 110.00 |
| 02/05/16 | DEH | Conference with J. Scott Williams re: facts of case; | 0.50 | 550.00 | 275.00 |
| 02/07/16 | DEH | Draft written correspondence to Judith E. Marshack and Pam Kraus re: employment application; | 0.20 | 550.00 | 110.00 |

EXHIBIT 2
Page 30

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | July 3, 2017 |
| Re: Allebest, Edward F. | | | | | Invoice 7634 |
| I.D. 1015-094 - MWG | | | | | Page 6 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/08/16 | JEM | Review grant deeds on Mission Viejo property; | 0.20 | 360.00 | 72.00 |
| 02/08/16 | JEM | Review preliminary title report on Lost Trails property; | 0.20 | 360.00 | 72.00 |
| 02/09/16 | JEM | Review and analyze preliminary title report on San Vincente property; | 0.30 | 360.00 | 108.00 |
| 02/17/16 | JEM | Telephone conference to J. Scott Williams re: documents requested: | 0.20 | 360.00 | 72.00 |
| 02/17/16 | JEM | Telephone conference with J. Scott Williams re: production of requested documents; | 0.20 | 360.00 | 72.00 |
| 02/18/16 | MWG | Review and analyze issues re: requested non-disclosure agreement; | 0.20 | 420.00 | 84.00 |
| 02/18/16 | MWG | Review and analyze proposed agreement; | 0.20 | 420.00 | 84.00 |
| 02/18/16 | MWG | Review correspondence re: trustee's reaction to NOA request; | 0.10 | 420.00 | 42.00 |
| 02/19/16 | DEH | Telephone conference with Richard A. Marshack re: case strategy and issues; | 0.20 | 550.00 | 110.00 |
| 02/22/16 | JEM | E-mail tax returns to Trustee; | 0.10 | 360.00 | 36.00 |
| 02/22/16 | JEM | E-mail to J. Scott Williams re: documents requested, documents not yet produced by Allebest; | 0.10 | 360.00 | 36.00 |
| 02/22/16 | JEM | Telephone conference with J. Scott Williams re: Allebest production of requested documents and revision to confidentiality agreement; | 0.20 | 360.00 | 72.00 |
| 02/22/16 | CVH | Conference and e-mails with Judith Marshack re: language of confidentiality agreement (.20); | 0.20 | 350.00 | 70.00 |
| 02/22/16 | MWG | Review correspondence with J. Scott Williams re: documents produced; | 0.10 | 420.00 | 42.00 |
| 02/22/16 | MWG | Review correspondence from J. Scott Williams re: submission of additional documents; | 0.10 | 420.00 | 42.00 |
| 02/22/16 | DEH | Telephone conference with Mike Wallin re: facts of case and 341(a) examination; | 0.30 | 550.00 | 165.00 |
| 02/22/16 | DEH | Telephone conference with J. Scott Williams re: 341(a) meeting, debtor's claim of confidentiality, and production of documents requested by trustee (.30); Conference with Richard A. Marshack re: same (.20); | 0.50 | 550.00 | 275.00 |
| 02/22/16 | DEH | Telephone conference with J. Scott Williams re: trustee's position re: debtor's requested confidentiality and missing trust documents; | 0.20 | 550.00 | 110.00 |
| 02/22/16 | DEH | Meeting with Richard A. Marshack and Judith E. Marshack re: facts of case, legal research, and examination of debtor; | 0.30 | 550.00 | 165.00 |
| 02/22/16 | DEH | Meeting with Richard A. Marshack re: plan documents; | 0.40 | 550.00 | 220.00 |
| 02/23/16 | DEH | Telephone conference with Richard A. Marshack re: staffing case and conducting research; | 0.20 | 550.00 | 110.00 |
| 02/23/16 | DEH | Telephone conference with Richard A. Marshack re: | 0.50 | 550.00 | 275.00 |

**EXHIBIT 2**
**Page 31**

# Marshack Hays LLP

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | July 3, 2017 |
| Re: Allebest, Edward F. | | | | | Invoice  7634 |
| I.D. 1015-094 - MWG | | | | | Page 7 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | application to employ (.30); Telephone conference with Richard A. Marshack and Michael Wallin re: same (.20); | | | |
| 02/24/16 | DEH | Telephone conference with J. Scott Williams re: stipulation to record order and confidentiality; | 0.20 | 550.00 | 110.00 |
| 02/24/16 | DEH | Telephone conference with Richard A. Marshack re: negotiations with debtor; | 0.20 | 550.00 | 110.00 |
| 02/25/16 | JEM | Meeting with D. Edward Hays re: research project, deadlines for assignments; | 0.20 | 360.00 | 72.00 |
| 02/25/16 | DEH | Telephone conference with J. Scott Williams re: litigation issues; | 0.40 | 550.00 | 220.00 |
| 02/25/16 | DEH | Conference with Richard A. Marshack re: negotiations with J. Scott Williams; | 0.20 | 550.00 | 110.00 |
| 02/25/16 | DEH | Conference with Judith E. Marshack re: research issues and deadlines; | 0.20 | 550.00 | 110.00 |
| 02/25/16 | JEM | Reaserch re: exemptions; | 1.20 | 360.00 | 432.00 |
| 02/26/16 | DEH | Telephone conference with Richard A. Marshack re: exemption issues; | 0.20 | 550.00 | 110.00 |
| 02/29/16 | DEH | Telephone conference with Richard A. Marshack re: status of obtaining stipulation from debtor re: order to record against property (.20); Draft written correspondence to J. Scott Williams re: same (.20); Exchange written correspondence with Richard A. Marshack re: discussions with Michael Wallin re: terms (.20); | 0.60 | 550.00 | 330.00 |
| 02/29/16 | JEM | Draft Allebest stipulation for order enjoining transfer or encumberance of real property; | 0.50 | 360.00 | 180.00 |
| 02/29/16 | JEM | Meeting with Trustee re: Allebest; | 0.30 | 360.00 | 108.00 |
| 02/29/16 | JEM | Continue research re: 704.115 cases and draft summaries; | 1.20 | 360.00 | 432.00 |
| 02/29/16 | DEH | Telephone conference with J. Scott Williams re: stipulation to enjoin transfer of property; | 0.20 | 550.00 | 110.00 |
| 02/29/16 | DEH | Telephone conference with Richard A. Marshack re: debtor's position re: stipulation to enjoin transfer of property; | 0.20 | 550.00 | 110.00 |
| 03/01/16 | CM | Review and revise stipulation for order enjoining transfer or encumbrance of real property; | 0.10 | 185.00 | 18.50 |
| 03/01/16 | DEH | Conference with Judith E. Marshack re: terms for stipulation for substantive consolidation of individual and Allebest & Associates bankruptcy cases; | 0.20 | 550.00 | 110.00 |
| 03/01/16 | CM | Prepare draft order approving stipulation for order enjoining transfer or encumbrance of real property; | 0.30 | 185.00 | 55.50 |
| 03/01/16 | DEH | Revise and supplement stipulation re: title to property (.80); Conferences with Richard A. Marshack and | 1.10 | 550.00 | 605.00 |

**EXHIBIT 2**
**Page 32**

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | July 3, 2017 |
| Re: Allebest, Edward F. | | | | | Invoice 7634 |
| I.D. 1015-094 - MWG | | | | | Page 8 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Judith E. Marshack re: same (.30); | | | |
| 03/01/16 | CM | Prepare exhibit 1 of legal description of real property to stipulation for order enjoining transfer or encumbrance of real property; | 0.10 | 185.00 | 18.50 |
| 03/01/16 | DEH | Draft written correspondence to J. Scott Williams re: stipulation; | 0.20 | 550.00 | 110.00 |
| 03/01/16 | MWG | Review correspondence with J. Scott Williams re: trust issues; | 0.10 | 420.00 | 42.00 |
| 03/01/16 | MWG | Review correspondence from J. Scott Williams re: trust issues; | 0.10 | 420.00 | 42.00 |
| 03/01/16 | MWG | Review further correspondence from J. Scott Williams re: identity of trustee of retirement trust; | 0.10 | 420.00 | 42.00 |
| 03/01/16 | JEM | Research re: 704.115; | 1.90 | 360.00 | 684.00 |
| 03/01/16 | JEM | Meeting with Trustee re: stipulation for injunction (.20); Meeting with Trustee re: revisions to stipulation (.30); | 0.50 | 360.00 | 180.00 |
| 03/03/16 | DEH | Review written correspondence from J. Scott Williams and review and analyze debtor's proposed revisions to stipulation re: claim to title (.20); Draft written correspondence to Richard A. Marshack re: same (.20); | 0.40 | 550.00 | 220.00 |
| 03/03/16 | DEH | Conference with Richard A. Marshack re: e-mail from Michael Wallin (.30); Telephone call to Michael Wallin re: same (.10); Meeting with Richard A. Marshack re: terms, stipulation for injunction, and substantive consolidation (1.20); | 1.60 | 550.00 | 880.00 |
| 03/03/16 | DEH | Draft further proposed revisions to stipulations (.40); Draft written correspondence to J. Scott Williams re: same (.10); Exchange written correspondence with Richard A. Marshack re: same (.10); | 0.60 | 550.00 | 330.00 |
| 03/04/16 | JEM | Research and summarize 704.115 cases; | 1.20 | 360.00 | 432.00 |
| 03/04/16 | DEH | Conference with Richard A. Marshack re: e-mail from Michael Wallin; | 0.30 | 550.00 | 165.00 |
| 03/04/16 | DEH | Telephone conference with Richard A. Marshack re: stipulations to consolidate and to enjoin transfers; | 0.20 | 550.00 | 110.00 |
| 03/04/16 | DEH | Telephone conference with J. Scott Williams re: proposed revisions to stipulations; | 0.20 | 550.00 | 110.00 |
| 03/04/16 | DEH | Research re: whether non-qualified retirement plan qualifies for exemption (.60); Conference with Judith E. Marshack re: same (.30); | 0.90 | 550.00 | 495.00 |
| 03/07/16 | JEM | Draft proposed order to stipulation for order enjoining transfer or encumbrance of real property; | 0.40 | 360.00 | 144.00 |
| 03/07/16 | JEM | Review and revise Exhibit 1 to stipulation for order enjoining transfer or encumbrance of real property; | 0.10 | 360.00 | 36.00 |
| 03/08/16 | DEH | Draft written correspondence to Michael Wallin re: litigation and employment issues; | 0.30 | 550.00 | 165.00 |

**EXHIBIT 2**
**Page 33**

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | July 3, 2017 |
| Re: Allebest, Edward F. | | | | | Invoice 7634 |
| I.D. 1015-094 - MWG | | | | | Page 9 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/08/16 | DEH | Telephone conference with J. Scott Williams re: stipulations; | 0.20 | 550.00 | 110.00 |
| 03/08/16 | DEH | Telephone conference with Richard A. Marshack re: finalizing stipulations; | 0.20 | 550.00 | 110.00 |
| 03/09/16 | JEM | Draft proposed order re: stipulation to enjoin transfer; | 0.70 | 360.00 | 252.00 |
| 03/09/16 | JEM | Review and revise exhibit to proposed order re: stipulation to enjoin transfer; | 0.10 | 360.00 | 36.00 |
| 03/09/16 | PK | Exchange e-mails with Judith Marshack and draft release stipulation re: enjoining transfer or encumberance of real peoperty and interests in trusts; | 0.40 | 240.00 | 96.00 |
| 03/11/16 | JEM | Review and revise stipulation and order to enjoin transfer of property and conference with D. Edward Hays re:same; | 0.30 | 360.00 | 108.00 |
| 03/11/16 | JEM | Research re: government codes re: recording order; | 0.20 | 360.00 | 72.00 |
| 03/28/16 | JEM | Meeting with J. Scott Williams, Ed Allebest, Richard A. Marshack, and D. Edward Hays re: non-qualified plan, litigation against debtor, and case issues; | 2.00 | 360.00 | 720.00 |
| 03/28/16 | JEM | Research re: non-qualified plans; | 0.50 | 360.00 | 180.00 |
| 03/28/16 | JEM | Review debtor's documents in preparation for meeting with debtor and counsel; | 0.60 | 360.00 | 216.00 |
| 03/28/16 | DEH | Telephone conference with Richard A. Marshack re: agenda for meeting with debtor and debtor's counsel; | 0.20 | 550.00 | 110.00 |
| 03/28/16 | DEH | Meeting with Ed Allebest, J. Scott Williams, Richard A. Marshack, and Judith E. Marshack re: private retirement plan issues; | 1.10 | 550.00 | 605.00 |
| 03/28/16 | DEH | Review and analyze memorandum of case law prepared by debtor; | 0.40 | 550.00 | 220.00 |
| 03/28/16 | CB | Review court website to obtain court docket; | 0.10 | 175.00 | 17.50 |
| 03/30/16 | JEM | Meeting with D. Edward Hays and Trustee re: analysis of PRP; | 0.50 | 360.00 | 180.00 |
| 03/30/16 | JEM | Research re: non-qualified plans; | 1.30 | 360.00 | 468.00 |
| 07/12/16 | KAT | Conference with Richard A. Marshack and D. Edward Hays re: case (.30); | 0.30 | 435.00 | 130.50 |
| 07/12/16 | DEH | Conference with Kristine A. Thagard and Richard A. Marshack re: state court litigation and strategy for administration; | 0.50 | 550.00 | 275.00 |
| 07/13/16 | KAT | Commence review of State Court Action and potential avenues for recovery (1.20); | 1.20 | 435.00 | 522.00 |
| 09/01/16 | KAT | Analysis of pending litigation and conference with Richard A. Marshack re: disposition of cases (.40); | 0.40 | 435.00 | 174.00 |
| 09/20/16 | DEH | Review Amended Schedule C filed by debtor; | 0.20 | 550.00 | 110.00 |
| 02/01/17 | KAT | E-mail correspondence (multiple);with Pam Krause re: assets in case; | 0.20 | 435.00 | 87.00 |

**EXHIBIT 2**
**Page 34**

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 10 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/17 | DAW | Conference with Judge Bauer's chambers re: OST on the settlement with Debtor (.2); review and respond to multiple e-mail correspondence from D. Edward Hays and Pam Kraus re: Same (.2); | 0.40 | 360.00 | 144.00 |

*Subtotals for task code 1 - Asset Analysis and Recovery* | | | *43.40* | | *18,652.50* |

10 - Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/16 | DEH | Conferences with Richard A. Marshack and Judith E. Marshack re: basis for objections to exemptions; | 1.20 | 550.00 | 660.00 |
| 03/30/16 | DEH | Conference call with Dan Fuller and Richard A. Marshack re: merits of debtors' cross-claims, continuance of trial, and possible recoveries (.90); Conference with Richard A. Marshack re: same (.20); | 1.10 | 550.00 | 605.00 |
| 03/30/16 | DEH | Telephone conference with Dan Fuller re: plaintiffs' agreement to continue state court trial; | 0.20 | 550.00 | 110.00 |
| 03/30/16 | DEH | Telephone conference with Richard A. Marshack re: timing for filing objections to exemptions; | 0.20 | 550.00 | 110.00 |
| 03/30/16 | DEH | Meeting with Judith E. Marshack and draft outline of arguments for objection to exemption; | 0.50 | 550.00 | 275.00 |
| 03/31/16 | DEH | Conference call with Michael Wallin, Dan Hersey, and Richard A. Marshack re: state court litigation and claims, exemption issues, and potential assets held by Eagle; | 1.40 | 550.00 | 770.00 |
| 03/31/16 | DEH | Review and revise declaration of Richard A. Marshack in support of ex parte application to continue state court trial (.20); Conference with Richard A. Marshack re: same (.10); | 0.30 | 550.00 | 165.00 |
| 03/31/16 | DEH | Telephone conference with Richard A. Marshack to prepare list of agenda and discovery items for conference call with Jonathan Hersey and Michael Wallin; | 0.50 | 550.00 | 275.00 |
| 04/01/16 | DEH | Telephone conference with Richard A. Marshack re: continuance of state court trial; | 0.20 | 550.00 | 110.00 |
| 04/04/16 | JEM | Draft objection to claim of exemption; | 3.30 | 360.00 | 1,188.00 |
| 04/04/16 | PK | Review Schedules B and C (.10); Begin drafting Trustee's objection to Debtor's exemption in retirement trust (.30); | 0.40 | 240.00 | 96.00 |
| 04/11/16 | MWG | Review and analyze issues of impact of substantive consolidation on objection to exemption; | 0.40 | 420.00 | 168.00 |
| 04/15/16 | CM | Review and revise notice of motion and trustee's motion objecting to debtor's claimed exemption re: Edward Allebest rollover retirement trust dated 6/13/2008; memorandum of points and authorities; declaration of Richard A. Marshack in support; | 0.10 | 185.00 | 18.50 |

**EXHIBIT 2**
**Page 35**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 11 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/15/16 | JEM | Review audio of 341(a);and draft notes to include in objection to claim of exemption; | 1.20 | 360.00 | 432.00 |
| 04/19/16 | JEM | Research re: Debtor's law practice for information to include in objection to claim of exemption; | 0.60 | 360.00 | 216.00 |
| 04/20/16 | CM | Draft instructions to eScribers re: audio of 341(a) meeting of creditors; | 0.10 | 185.00 | 18.50 |
| 04/20/16 | JEM | Continue draft objection to exemption; | 0.40 | 360.00 | 144.00 |
| 04/21/16 | CM | Review and analyze email from and draft e-mail to Jason of eScribers re: case information; | 0.10 | 185.00 | 18.50 |
| 04/25/16 | JEM | Review and mark 341(a) transcript for inclusion in objection to claim of exemption/ | 0.60 | 360.00 | 216.00 |
| 04/26/16 | JEM | Review and analyze creditor complaints filed against Edward Allebest; | | 360.00 | |
| 04/26/16 | JEM | Research and gather documents re: Stevens and Kray; | 1.20 | 360.00 | 432.00 |
| 04/26/16 | JEM | Research re: trust, 541; | 1.10 | 360.00 | 396.00 |
| 04/27/16 | DAW | Review e-mail correspondence from Trustee re: status of objection to claim of homestead and substantive consolidation motion; | 0.20 | 320.00 | 64.00 |
| 04/27/16 | JEM | Add case info to memo; | 1.60 | 360.00 | 576.00 |
| 04/27/16 | JEM | Continue draft of objection to exemptions; | | 360.00 | |
| 04/27/16 | DEH | Review and analyze draft objection (.50); Conference with Judith E. Marshack re: supplementing same (.20); | 0.70 | 550.00 | 385.00 |
| 04/28/16 | JEM | Draft objection to claim of exemption; | 3.70 | 360.00 | 1,332.00 |
| 04/28/16 | JEM | Review and analyze debtor's living trust; | 0.60 | 360.00 | 216.00 |
| 04/28/16 | JEM | Research re: probate code definitions and self settled trusts; | 0.70 | 360.00 | 252.00 |
| 05/02/16 | JEM | Research re: exemptions; | 0.90 | 360.00 | 324.00 |
| 05/02/16 | DEH | Review written correspondence from Judith E. Marshack and review and analyze draft of objection to exemption; | 0.40 | 550.00 | 220.00 |
| 05/02/16 | DEH | Conference with Sarah Cate Hays re: objections to exemptions; | 0.20 | 550.00 | 110.00 |
| 05/03/16 | DEH | Research re: recent BAP case holding that burden of proof re: state law claim of exemption rests upon party asserting exemption; | 0.40 | 550.00 | 220.00 |
| 05/03/16 | JEM | Research re: spendthrift trusts and retirement plans; | 0.80 | 360.00 | 288.00 |
| 05/04/16 | SCH | Conference with D. Edward Hays and Judith E. Marshack re: motion for substantive consolidation (.20); | 0.20 | 395.00 | 79.00 |
| 05/04/16 | DEH | Conference with Sarah C. Boone re: substantive consolidation brief; | 0.20 | 550.00 | 110.00 |
| 05/04/16 | JEM | Conference with Sarah C. Boone re: Allebest transcripts and email link to same; | 0.10 | 360.00 | 36.00 |

**EXHIBIT 2**
**Page 36**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 12 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/16 | DEH | Telephone conference with Richard A. Marshack re: objections to exemptions; | 0.20 | 550.00 | 110.00 |
| 05/12/16 | DEH | Telephone conference with Anthony Rothman re: substantive consolidation and objections to exemptions and mediation; | 0.40 | 550.00 | 220.00 |
| 05/12/16 | DEH | Conference with Richard A. Marshack and Judith E. Marshack re: debtor's proposed mediation, substantive consolidation, recordation of injunction order, and objections to exemptions; | 1.20 | 550.00 | 660.00 |
| 05/12/16 | DEH | Telephone conference with J. Scott Williams re: debtor's proposal to mediate issues (.30); Conference with Richard A. Marshack re: same (.20); | 0.50 | 550.00 | 275.00 |
| 05/13/16 | DEH | Review recorded order and draft written correspondence to trustee re: same; | 0.20 | 550.00 | 110.00 |
| 05/13/16 | DEH | Conference with Judith E. Marshack re: supplementing draft of objections to exemptions and whether post-nuptial agreement subject to avoidance or challenge; | 0.30 | 550.00 | 165.00 |
| 05/16/16 | DAW | Review and analyze order entered by court and recorded against Property (No Charge); | 0.20 | 0.00 | |
| 05/16/16 | JEM | Review notice of recordation of order re: stipulation to enjoin transfer of property; | 0.10 | 360.00 | 36.00 |
| 05/18/16 | DEH | Telephone conference with Richard A. Marshack re: mediation; | 0.30 | 550.00 | 165.00 |
| 05/27/16 | DEH | Conference with Judith E. Marshack re: supplementing objections to exemptions; | 0.30 | 550.00 | 165.00 |
| 05/27/16 | DEH | Conference with Judith E. Marshack re: objections to exemptions; | 0.30 | 550.00 | 165.00 |
| 06/03/16 | DEH | Conference with Judith E. Marshack re: revisions to objections; | 0.30 | 550.00 | 165.00 |
| 06/05/16 | JEM | Review and revise objection to claim of exemption; | 1.50 | 360.00 | 540.00 |
| 06/06/16 | JEM | review and revise objection to claim of exemption; | 3.20 | 360.00 | 1,152.00 |
| 06/06/16 | DEH | Telephone conference with Richard A. Marshack and Judith E. Marshack re: issues re: objections to exemptions; | 0.40 | 550.00 | 220.00 |
| 06/08/16 | JEM | Review and revise objection to claim of exemption; | 1.20 | 360.00 | 432.00 |
| 06/08/16 | JEM | Research re: self settled trusts; | 0.40 | 360.00 | 144.00 |
| 06/09/16 | DEH | Research re: case law re: retirement plans that qualify for exemption; | 1.40 | 550.00 | 770.00 |
| 06/10/16 | DEH | Review and revise objections to exemptions; | 2.20 | 550.00 | 1,210.00 |
| 06/17/16 | DAW | Review e-mail correspondence from Trustee re: strategy moving forward; | 0.20 | 320.00 | 64.00 |
| 06/20/16 | DEH | Exchange written correspondence with counsel re: mediation; | 0.20 | 550.00 | 110.00 |

**EXHIBIT 2**
**Page 37**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 13 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/21/16 | DEH | Research re: cases defining private retirement plan subject to exemption; | 1.10 | 550.00 | 605.00 |
| 06/22/16 | DAW | Review pleading's and Trustee's file pursuant to Trustee's request for preparation of possible litigation; | 1.50 | 320.00 | 480.00 |
| 06/22/16 | DEH | Telephone conference with Richard A. Marshack re: objections to exemptions and discussions with other Chapter 7 trustees re: issues raised in case; | 0.20 | 550.00 | 110.00 |
| 06/24/16 | DEH | Exchange written correspondence with J. Scott Williams and Anthony Rothman re: mediation; | 0.20 | 550.00 | 110.00 |
| 06/29/16 | DEH | Telephone conference with Richard A. Marshack re: state court litigation; | 0.50 | 550.00 | 275.00 |
| 06/30/16 | DEH | Review and analyze cross-complaint and review docket from state court action re: estate's interest in causes of action against HP Debt and Chris Ganter (1.20); Meeting with Richard A. Marshack including telephone conference with Dan Fuller re: same (1.0); | 2.20 | 550.00 | 1,210.00 |
| 06/30/16 | DEH | Exchange written correspondence with Dan Fuller's office re: bankruptcy review hearing; | 0.20 | 550.00 | 110.00 |
| 07/01/16 | DEH | Exchange written correspondence with counsel re: mediation; | 0.20 | 550.00 | 110.00 |
| 07/01/16 | DEH | Telephone conference with Richard A. Marshack re: mediation; | 0.20 | 550.00 | 110.00 |
| 07/05/16 | DEH | Exchange written correspondence with J. Scott Williams re: mediation (.20); Exchange written correspondence with Richard A. Marshack re: same (.10); | 0.30 | 550.00 | 165.00 |
| 07/25/16 | KAT | Review/analyze pleadings and loan explanation charts on claims against HP Dept and Bruswick (1.3); Conference with Richard A. Marshack re: claims and actions (.20); Telephone conference with J. Scott Williams re: HP Debt and Brunswick (.10); Review docket on OCSC case (.30); E-mail correspondence to J. Scott Williams re: possible claims/assets and request for information (.30) | 2.20 | 435.00 | 957.00 |
| 07/25/16 | CVH | Review court's calendar for tentative ruling on status conference and conference with Judith Marshack re: same (.20); | 0.20 | 350.00 | 70.00 |
| 07/27/16 | KAT | Review email and documents from Edward Allebest re: service of pleadings and other bankruptcies affecting case (.40); Email to D. Edward Hays re: same (.10) | 0.50 | 435.00 | 217.50 |
| 08/05/16 | KAT | Review bankruptcy information from Edward Allebest and review Gant docket (.30); E-mail correspondence to Richard A. Marshack re: same (.20) | 0.50 | 435.00 | 217.50 |
| 08/13/16 | DEH | Review and revise objections to exemptions; | 1.20 | 550.00 | 660.00 |
| 08/14/16 | DEH | Revise and supplement objections to exemptions; | 0.90 | 550.00 | 495.00 |

**EXHIBIT 2**
**Page 38**

**Marshack Hays LLP**

| | | |
|---|---|---|
| Richard Marshack, Trustee | | July 3, 2017 |
| Re: Allebest, Edward F. | | Invoice 7634 |
| I.D. 1015-094 - MWG | | Page 14 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/14/16 | DEH | Read and analyze all published cases re: retirement plans to refute debtor's claimed exemption that a non-qualified plan qualifies for exemption; | 3.40 | 550.00 | 1,870.00 |
| 08/15/16 | DEH | Written correspondence with Richard A. Marshack re: objection to exemption; | 0.20 | 550.00 | 110.00 |
| 08/15/16 | DEH | Research re: case law re: private retirement plans; | 2.30 | 550.00 | 1,265.00 |
| 08/16/16 | DEH | Revise and supplement objections to exemptions; | 5.70 | 550.00 | 3,135.00 |
| 08/16/16 | SCH | Conferences with D. Edward Hays re: objection to claim of exemption (.30); | 0.30 | 395.00 | 118.50 |
| 08/16/16 | DEH | Conference with Sarah Cate Hays re: strategy re: objections to exemptions; | 0.30 | 550.00 | 165.00 |
| 08/16/16 | DEH | Draft written correspondence to Richard A. Marshack re: draft of objections to exemptions; | 0.20 | 550.00 | 110.00 |
| 08/17/16 | DEH | Conference with Kristine A. Thagard re: claims to attack post-nuptial agreement; | 0.30 | 550.00 | 165.00 |
| 08/17/16 | KAT | Conference with D. Edward Hays re: holding of title (.30) | 0.30 | 435.00 | 130.50 |
| 08/17/16 | DEH | Review and revise objections to exemptions (1.60); Draft written correspondence to Richard A. Marshack re: same (.20); | 1.80 | 550.00 | 990.00 |
| 08/17/16 | DEH | Conference with Kristine A. Thagard re: form of title for residence and overcoming presumption of title from post-nuptial agreement; | 0.30 | 550.00 | 165.00 |
| 08/18/16 | DEH | Telephone conference with Richard A. Marshack re: client input on objections; | 0.20 | 550.00 | 110.00 |
| 08/22/16 | DEH | Revise and finalize Objections; | 2.80 | 550.00 | 1,540.00 |
| 08/22/16 | DEH | Draft mediation brief; | 1.20 | 550.00 | 660.00 |
| 08/22/16 | DEH | Revise and supplement mediation brief, add citations to record, and e-mail Tom Casey; | 2.20 | 550.00 | 1,210.00 |
| 08/22/16 | CM | Review and revise confidential mediation statement submitted by chapter 7 trustee; | 0.20 | 185.00 | 37.00 |
| 08/22/16 | CM | Revise and finalize confidential statement submitted by chapter 7 trustee; | 0.60 | 185.00 | 111.00 |
| 08/22/16 | CM | Review and revise notice of motion and trustee's motion objecting to debtor's claimed exemptions in alleged retirement plans and for turnover; memorandum of points and authorities; declaration of Richard A. Marshack in support (.50); Identify exhibits, review file re: same, gather documentation and bates stamp (.80); | 1.30 | 185.00 | 240.50 |
| 08/22/16 | JEM | Review and organize exhibits to objection to claim of exemption; | 1.80 | 360.00 | 648.00 |
| 08/22/16 | JEM | Review and revise objection to claim of exemption; | 1.40 | 360.00 | 504.00 |
| 08/22/16 | DEH | Identify exhibits for objections to exemptions (.70); | 2.60 | 550.00 | 1,430.00 |

**EXHIBIT 2**
**Page 39**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 15 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Draft mediation brief (1.20); Conferences with Judith E. Marshack and Chanel Mendoza re: finalizing objections (.50); Exchange written correspondence with Richard A. Marshack re: same (.20); | | | |
| 08/22/16 | DEH | Draft written correspondence to Tom Casey re: mediation brief; | 0.20 | 550.00 | 110.00 |
| 08/22/16 | DEH | Conference with Richard A. Marshack re: motion and declaration; | 0.30 | 550.00 | 165.00 |
| 08/23/16 | DEH | Review and revise subpoena and categories of documents to produce and conference with Judith E. Marshack re: same; | 0.30 | 550.00 | 165.00 |
| 08/23/16 | DEH | Conference with Judith E. Marshack and Chanel Mendoza re: final revisions to objections; | 0.30 | 550.00 | 165.00 |
| 08/23/16 | DEH | Conference with Richard A. Marshack re: mediation strategy (.20); Draft written correspondence to Michael Wallin and Anthony Rothman re: mediation strategy (.20); | 0.40 | 550.00 | 220.00 |
| 08/23/16 | CM | Revise and supplement notice of motion and trustee's motion objecting to debtor's claimed exemptions in alleged retirement plans and for turnover; memorandum of points and authorities; declaration of Richard A. Marshack in support; | 0.80 | 185.00 | 148.00 |
| 08/23/16 | MWG | Review and analyze issues re: report's mistake in deposition transcript and fixing same; | 0.10 | 420.00 | 42.00 |
| 08/23/16 | DEH | Conference with Judith E. Marshack re: objections and mediation brief and subpoena for additional documents; | 0.20 | 550.00 | 110.00 |
| 08/23/16 | DEH | Review and revise categories of documents to be produced pursuant to subpoena; | 0.30 | 550.00 | 165.00 |
| 08/23/16 | JEM | Conference with D. Edward Hays re: mediation brief, objection to claim of exemption, and subpoena; | 0.20 | 360.00 | 72.00 |
| 08/23/16 | JEM | Draft subpoena; | 1.20 | 360.00 | 432.00 |
| 08/24/16 | CM | Draft written correspondence to Michelle Farias re: correction to 341(a);meeting of creditor transcript; | 0.10 | 185.00 | 18.50 |
| 08/24/16 | CM | Prepare draft declaration of D. Edward Hays in support of trustee's motion objecting to debtor's claimed exemptions in alleged retirement plans and for turnover; | 0.20 | 185.00 | 37.00 |
| 08/24/16 | DEH | Revise and finalize objections to exemptions; | 0.90 | 550.00 | 495.00 |
| 08/24/16 | JEM | Review and revise objection to claim of exemption (.20);and declaration of Richard A. Marshack in support (.30); | 0.30 | 360.00 | 108.00 |
| 08/24/16 | CM | Revise and finalize notice of motion and trustee's motion objecting to debtor's claimed exemptions in alleged retirement plans and for turnover; memorandum of points and authorities; declaration of Richard A. | 0.80 | 185.00 | 148.00 |

**EXHIBIT 2**
**Page 40**

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 16 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Marshack (.50); Revise and finalize table of contents and table of authorities (.30); | | | |
| 08/24/16 | DEH | Conference with Judith E. Marshack re: error in reporters transcript; | 0.20 | 550.00 | 110.00 |
| 08/24/16 | DEH | Exchange written correspondence with Michael Wallin re: pre-mediation strategy call; | 0.10 | 550.00 | 55.00 |
| 08/26/16 | DEH | Conference with Richard A. Marshack re: preparation for conference call; | 0.20 | 550.00 | 110.00 |
| 08/26/16 | DEH | Review and analyze claims register and draft written correspondence to Richard A. Marshack re: same to prepare for mediation; | 0.30 | 550.00 | 165.00 |
| 08/26/16 | DEH | Exchange written correspondence with J. Scott Williams re: projected administrative claims (.20); Conference with Richard A. Marshack re: same (.10); | 0.30 | 550.00 | 165.00 |
| 08/26/16 | DEH | Exchange written correspondence with Anthony Rothman re: Utah bankruptcy for debtor's son; | 0.20 | 550.00 | 110.00 |
| 08/26/16 | DEH | Conference call with Michael Wallin, Jonathan Hersey, Anthony Rothman, and Richard A. Marshack re: mediation; | 1.10 | 550.00 | 605.00 |
| 08/29/16 | SCH | Conference with D. Edward Hays re: litigation strategy for recovery of community property interest in residence on Pittman grounds (.30); | 0.30 | 395.00 | 118.50 |
| 08/29/16 | DEH | Mediation at Law Offices of Thomas H. Casey, Rancho Santa Margarita; | 6.20 | 550.00 | 3,410.00 |
| 08/29/16 | DEH | Meeting with Richard A. Marshack after mediation to formulate litigation strategy after failure to reach mediated settlement; | 1.40 | 550.00 | 770.00 |
| 08/29/16 | DEH | Telephone conference with Judith E. Marshack re: results of mediation and litigation strategy; | 0.30 | 550.00 | 165.00 |
| 08/29/16 | DEH | Draft written correspondence to Michael Wallin and Richard A. Marshack re: debtor's request to continue hearing; | 0.20 | 550.00 | 110.00 |
| 08/29/16 | DEH | Telephone conference with Richard A. Marshack re: Debtor's request for continuance; | 0.20 | 550.00 | 110.00 |
| 09/01/16 | DEH | Telephone conference with J. Scott Williams re: debtor's requested continuance of hearing; | 0.20 | 550.00 | 110.00 |
| 09/01/16 | DEH | Written correspondence with Anthony Rothman re: prenuptial agreement and retirement plan documents; | 0.20 | 550.00 | 110.00 |
| 09/01/16 | DEH | Written correspondence with Judith E. Marshack re: subpoenas to debtor and spouse re: documents; | 0.20 | 550.00 | 110.00 |
| 09/01/16 | DEH | Draft written correspondence to J. Scott Williams re: subpoenas; | 0.20 | 550.00 | 110.00 |
| 09/01/16 | DEH | Research re: whether Internal Revenue Code provisions allowing IRS to avoid fraudulent transfers for 10 years | 0.70 | 550.00 | 385.00 |

**EXHIBIT 2**
**Page 41**

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 17 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | is applicable non-bankruptcy law permitting Chapter 7 trustee to avoid transfers otherwise barred by UFTA limitations period (.50); Draft written correspondence to Richard A. Marshack re: same (.20); | | | |
| 09/01/16 | DEH | Conference with Sarah Cate Hays re: strategies to avoid postnuptial agreement; | 0.30 | 550.00 | 165.00 |
| 09/06/16 | DEH | Review and draft proposed revisions to stipulation to continue hearing on objections to exemptions (.20); Written correspondence with J. Scott Williams re: same (.20); | 0.40 | 550.00 | 220.00 |
| 09/08/16 | DEH | Written correspondence with J. Scott Williams re: stipulation to continue hearing and service of subpoenas for production of documents; | 0.30 | 550.00 | 165.00 |
| 09/08/16 | CM | Prepare order assigning matter to mediation program and appointing mediator and alternate mediator re: In re: Allebest 10181 (.20); Prepare order assigning matter to mediation program and appointing mediator and alternate mediator re: Genske v Allebest 01105 (.20); Prepare order assigning matter to mediation program and appointing mediator and alternate mediator re: LWF v Allebest 01113 (.20); | 0.60 | 185.00 | 111.00 |
| 09/08/16 | DEH | Written correspondence with J. Scott Williams re: stipulation, subpoenas, and mediation orders; | 0.20 | 550.00 | 110.00 |
| 09/08/16 | DEH | Review and revise mediation orders; | 0.40 | 550.00 | 220.00 |
| 09/08/16 | SCH | Conference with D. Edward Hays re: litigation strategy (.10); | 0.10 | 395.00 | 39.50 |
| 09/08/16 | DEH | Review and revise stipulation to continue hearing on objection to exemption; | 0.20 | 550.00 | 110.00 |
| 09/08/16 | DEH | Draft written correspondence to Judith E. Marshack and Chanel Mendoza re: requirements of order granting substantive consolidation and review and revise caption re: same; | 0.20 | 550.00 | 110.00 |
| 09/08/16 | DEH | Conference with Sarah Cate Hays re: claims to avoid post-nuptial agreement; | 0.20 | 550.00 | 110.00 |
| 09/12/16 | DEH | Exchange written correspondence with Jay Adkisson re: application of IRS's 10-year reach-back to avoid fraudulent transfers; | 0.30 | 550.00 | 165.00 |
| 09/12/16 | DEH | Conference with Richard A. Marshack re: contacting IRS re: possible claim (.20); Telephone conference to Eric Heller re: same (.10); | 0.30 | 550.00 | 165.00 |
| 09/12/16 | DEH | Conference call with Richard A. Marshack and Elmer Martin re: 10-year reach back under Section 544 to avoid fraudulent transfers; | 0.40 | 550.00 | 220.00 |
| 09/12/16 | DEH | Conference call with Richard A. Marshack and Elmer | 0.40 | 550.00 | 220.00 |

**EXHIBIT 2**
**Page 42**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 18 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Martin re: alleged retirement plan and objections; | | | |
| 09/15/16 | DEH | Research re: IRS statute permitting avoidance of fraudulent transfer for ten years and review and analyze whether such claim can be basis for trustee to avoid transfer under Section 544(b); | 1.40 | 550.00 | 770.00 |
| 09/15/16 | DEH | Written correspondence with J. Scott Williams re: Mrs. Allebest's agreement to accept service of subpoena; | 0.30 | 550.00 | 165.00 |
| 09/15/16 | DEH | Additional research re: avoidance of post-nuptial agreement under various theories; | 3.10 | 550.00 | 1,705.00 |
| 09/19/16 | CM | Draft e-mail to: J. Scott Williams, Marissa Silva, Jonathan Hersey, Michael A. Wallin, Anthony J. Rothman, and Kathy Driggers re: proposed requests for assignment to mediation and proposed orders; | 0.10 | 185.00 | 18.50 |
| 09/20/16 | DEH | Preliminary review of debtor's opposition; | 0.40 | 550.00 | 220.00 |
| 09/21/16 | KAT | Continue drafting agreement to assign cross-complaint (1.40); | 1.40 | 435.00 | 609.00 |
| 09/21/16 | CM | Revise and finalize request for assignment to mediation program (.30); Revise and finalize order assigning matter to mediation program and appointing mediator (.30); | 0.60 | 185.00 | 111.00 |
| 09/21/16 | CM | Draft written correspondence to Anthony Rothman re: executed request and order; | 0.10 | 185.00 | 18.50 |
| 09/22/16 | DEH | Telephone conference with Eric Heller re: potential IRS claim; | 0.50 | 550.00 | 275.00 |
| 09/22/16 | DEH | Draft written correspondence to Eric Heller re: potential claim; | 0.30 | 550.00 | 165.00 |
| 09/26/16 | DEH | Conference with Judith E. Marshack re: points raised in opposition and strategy for reply; | 0.30 | 550.00 | 165.00 |
| 09/26/16 | DEH | Review and analyze documents produced by debtor and debtor's spouse in response to subpoenas; | 1.10 | 550.00 | 605.00 |
| 09/26/16 | DEH | Review and analyze debtor's opposition and draft outline of issues to research and address in reply; | 1.80 | 550.00 | 990.00 |
| 09/27/16 | CM | Review written correspondence from and draft written correspondence to Marissa Silva, paralegal to Thomas Casey re: status of mediation orders (.20); Draft written correspondence to J. Scott Williams re: same (.10); | 0.30 | 185.00 | 55.50 |
| 09/27/16 | CM | Revise and finalize reply to opposition re: trustee's objections to debtor's claimed exemption in alleged retirement plan; | 0.70 | 185.00 | 129.50 |
| 09/27/16 | DEH | Draft reply to opposition to objections to exemptions; | 4.60 | 550.00 | 2,530.00 |
| 09/27/16 | DEH | Research re: and analyze cases cited by debtor in opposition; | 3.80 | 550.00 | 2,090.00 |
| 09/27/16 | SCH | Conferences with D. Edward Hays re: reply brief arguments re: disallowance of exemption (.40); | 0.40 | 395.00 | 158.00 |

**EXHIBIT 2**
**Page 43**

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 19 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/27/16 | DEH | Exchange written correspondence with Richard A. Marshack re: reply to opposition to objections to exemptions; | 0.30 | 550.00 | 165.00 |
| 09/27/16 | DEH | Telephone conference with Chanel Mendoza re: declaration in support of reply and final revisions to reply brief; | 0.20 | 550.00 | 110.00 |
| 09/27/16 | DEH | Conference with Sarah Cate Hays re: arguments for reply, structure of brief, and refining summary; | 0.40 | 550.00 | 220.00 |
| 09/28/16 | CM | Prepare draft notice of errata re: reply to opposition re: trustee's objections to debtor's claimed exemption in allege retirement; | 0.20 | 185.00 | 37.00 |
| 09/28/16 | DEH | Telephone conference with Richard A. Marshack re: hearing strategy; | 0.20 | 550.00 | 110.00 |
| 09/28/16 | DEH | Telephone conference with Chanel Mendoza re: notice of errata and documents produced by debtor; | 0.20 | 550.00 | 110.00 |
| 09/28/16 | DEH | Telephone conference with chambers re: inability to reach settlement during mediation; | 0.20 | 550.00 | 110.00 |
| 09/28/16 | DEH | Review and analyze Amended Schedule C and compare to two previous Schedules C to determine if objections necessary (.30); Conference with Judith E. Marshack re: same (.20); | 0.50 | 550.00 | 275.00 |
| 09/28/16 | DEH | Conference with Judith E. Marshack re: hearing strategy; | 0.30 | 550.00 | 165.00 |
| 09/28/16 | JEM | Review affidavit of due diligence re: Elayne Allebest; | 0.10 | 360.00 | 36.00 |
| 09/28/16 | JEM | Review D. Edward Hays notes re: amended schedule C; | 0.20 | 360.00 | 72.00 |
| 09/28/16 | DEH | Further telephone conference with Richard A. Marshack re: reply brief and hearing strategy; | 0.50 | 550.00 | 275.00 |
| 09/29/16 | JEM | Conference with D. Edward Hays re: research required and review of documents provided by debtor and Mrs. Allebest in response to subpoena; | 0.20 | 360.00 | 72.00 |
| 09/29/16 | JEM | Research re: 704.115 and legislative history; | 1.40 | 360.00 | 504.00 |
| 09/29/16 | JEM | Review documents produced by Debtor in response to subpoena; | 0.60 | 360.00 | 216.00 |
| 09/29/16 | JEM | Review documents produced by Elayne Allebest in response to subpoena; | 0.50 | 360.00 | 180.00 |
| 09/29/16 | DEH | Conference with Judith E. Marshack re: amended claims of exemption and review of documents produced pursuant to subpoenas; | 0.20 | 550.00 | 110.00 |
| 09/29/16 | DEH | Research re: legislative history to Section 704.115 (.50); Conference with Judith E. Marshack re: same and focus of additional research (.20); | 0.70 | 550.00 | 385.00 |
| 09/30/16 | DEH | Conference with Judith E. Marshack and review and analyze Lieberman case re: Legislative History to Section 704.115; | 0.30 | 550.00 | 165.00 |

**EXHIBIT 2**
**Page 44**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 20 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/30/16 | DEH | Review reply brief to prepare for oral argument (.50); Review and revise notice of errata (.20); | 0.70 | 550.00 | 385.00 |
| 09/30/16 | CM | Revise and finalize notice of errata re: reply to opposition re: trustee's objections to debtor's claimed exemption in alleged retirement plan; | 0.40 | 185.00 | 74.00 |
| 09/30/16 | DEH | Telephone conference with Richard A. Marshack re: hearing strategy; | 0.20 | 550.00 | 110.00 |
| 09/30/16 | DEH | Review and analyze new law signed by Governor Brown re: state retirement program and condition of IRC qualification; | 0.80 | 550.00 | 440.00 |
| 10/03/16 | DEH | Research re: elements of fraudulent transfer claim and potential defenses (1.20); Conference with Sarah Cate Hays re: same (.50); | 1.70 | 550.00 | 935.00 |
| 10/04/16 | DEH | Court appearance at United States Bankruptcy Court, Santa Ana re: hearing on objections to exemptions (3.70); Conference with Richard A. Marshack re: same and further strategy (.30); Telephone conference with Eric Heller re: same (.20); | 4.20 | 550.00 | 2,310.00 |
| 10/04/16 | DEH | Telephone conference with Richard A. Marshack re: revoking trust; | 0.20 | 550.00 | 110.00 |
| 10/04/16 | CM | Review and revise agreement to assign claims and rights; | 0.20 | 185.00 | 37.00 |
| 10/05/16 | CM | Prepare draft order sustaining trustee's motion objecting to debtor's claimed exemptions in alleged retirement plans and for turnover; | 0.30 | 185.00 | 55.50 |
| 10/05/16 | DEH | Conference with Richard A. Marshack re: case strategy; | 0.30 | 550.00 | 165.00 |
| 10/06/16 | DEH | Conference with Judith E. Marshack and Kristine A. Thagard re: results of hearing and strategy for liquidating estate's interest in property and defending appeal; | 0.40 | 550.00 | 220.00 |
| 10/07/16 | DEH | Conference with Richard A. Marshack re: strategy for monetizing house and obtaining adjudication of investor claims; | 0.30 | 550.00 | 165.00 |
| 10/07/16 | DEH | Conference with Kristine A. Thagard re: reviewing state court pleadings to determine if investor claims are proper; | 0.30 | 550.00 | 165.00 |
| 10/07/16 | KAT | Conference with D. Edward Hays re: review of state court litigation for opinion (.10); Commence review of Summary Judgment Motion of Genske (.40); | 0.40 | 435.00 | 174.00 |
| 10/10/16 | KAT | Continue review of Genske motion for summary judgment, Whiten motion for summary judgment, declarations, documents and separate statement (2.20); | 2.20 | 435.00 | 957.00 |
| 10/10/16 | CM | Review written correspondence from and draft written | 0.10 | 185.00 | 18.50 |

**EXHIBIT 2**
**Page 45**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 21 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | correspondence to J. Scott Williams re: status to mediation order for LWF adversary proceeding; | | | |
| 10/12/16 | CM | Revise and finalize order sustaining trustee's motion objecting to debtor's claimed exemptions in alleged retirement plan and for turnover; | 0.30 | 185.00 | 55.50 |
| 10/12/16 | CM | Prepare notice of lodgment re: order sustaining trustee's motion objecting to debtor's claimed exemptions in alleged retirement plan and for turnover; | 0.10 | 185.00 | 18.50 |
| 10/12/16 | CM | Revise and finalize notice of lodgment re: order sustaining trustee's motion objecting to debtor's claimed exemptions in alleged retirement plan and for turnover; | 0.30 | 185.00 | 55.50 |
| 10/12/16 | DEH | Review and revise order sustaining objections to exemptions; | 0.60 | 550.00 | 330.00 |
| 10/13/16 | KAT | Telephone conference with Mary Coates re: review hearing (.20); | 0.20 | 435.00 | 87.00 |
| 10/13/16 | KAT | Draft memo re: Genske/Allebest Litigation (.80); | 0.80 | 435.00 | 348.00 |
| 10/14/16 | KAT | Special appearance in State Court action (2.60); Review/revise notice of review hearing (.20); | 2.80 | 435.00 | 1,218.00 |
| 10/14/16 | CM | Meeting with Kristine A. Thagard re: bankruptcy review hearing (.10); Prepare draft notice of ruling and continue bankruptcy review hearing (.10); | 0.20 | 185.00 | 37.00 |
| 10/14/16 | CM | Revise and finalize notice of ruling and continued bankruptcy review hearing; | 0.30 | 185.00 | 55.50 |
| 10/24/16 | DEH | Conference with Richard A. Marshack re: strategy for administering debtor's non-exempt interest in trust and status of IRS determining whether it asserts a claim; | 0.30 | 550.00 | 165.00 |
| 10/25/16 | DEH | Telephone conference with Richard A. Marshack re: liquidation of trust assets; | 0.20 | 550.00 | 110.00 |
| 10/26/16 | DEH | Written correspondence with J. Scott Williams and Michael Wallin re: trustee's release of tax returns; | 0.30 | 550.00 | 165.00 |
| 10/31/16 | DEH | Written correspondence with Richard A. Marshack re: Amended Schedule C; | 0.30 | 550.00 | 165.00 |
| 10/31/16 | DEH | Telephone conference with Richard A. Marshack and Pam Kraus re: amended schedules, objections, and discovery; | 0.50 | 550.00 | 275.00 |
| 11/01/16 | DEH | Written correspondence with Michael Wallin re: debtor's tax returns and written correspondence with Pam Kraus re: same; | 0.30 | 550.00 | 165.00 |
| 11/11/16 | DEH | Telephone conference with Richard A. Marshack re: administration of debtor's non-exempt interest in alleged retirement account; | 0.30 | 550.00 | 165.00 |
| 11/11/16 | DEH | Written correspondence with Richard A. Marshack re: open issues; | 0.20 | 550.00 | 110.00 |
| 11/18/16 | DEH | Review and analyze retirement plan documents to | 1.70 | 550.00 | 935.00 |

**EXHIBIT 2**
**Page 46**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 22 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | determine method for administration; | | | |
| 11/18/16 | DEH | Review and revise order sustaining objections to exemptions; | 0.20 | 550.00 | 110.00 |
| 11/18/16 | DEH | Conference with Richard A. Marshack re: case strategy; | 0.30 | 550.00 | 165.00 |
| 11/18/16 | CM | Revise and supplement order sustaining trustee's motion objecting to debtor's claimed exemptions in alleged retirement plan and for turnover (.10); Revise and finalize notice of lodgment re: same (.20); | 0.30 | 185.00 | 55.50 |
| 11/18/16 | DEH | Telephone conference to chambers re: lodging amended order; | 0.20 | 550.00 | 110.00 |
| 11/20/16 | DEH | Telephone conference with Donna Curtis re: status of entry of lodged order (.20); Draft written correspondence to Richard A. Marshack re: same (.10); | 0.30 | 550.00 | 165.00 |
| 11/21/16 | CM | Prepare draft complaint for: avoidance and recovery of intentional fraudulent transfer; avoidance and recovery of constructive fraudulent transfer; declaratory relief - fraudulent transfer; declaratory relief - debtor's community property interest in property; quiet title; sale of jointly owned property; and turnover of property; | 0.60 | 185.00 | 111.00 |
| 11/22/16 | CM | Revise and supplement complaint for: avoidance and recovery of intentional fraudulent transfer; avoidance and recovery of constructive fraudulent transfer; declaratory relief - fraudulent transfer; declaratory relief - debtor's community property interest in property; quiet title; sale of jointly owned property; and turnover of property; | 1.10 | 185.00 | 203.50 |
| 11/22/16 | DEH | Telephone conference with Richard A. Marshack re: assignment of rights (.20); Draft written correspondence to Richard A. Marshack re: same (.10); | 0.30 | 550.00 | 165.00 |
| 11/28/16 | CM | Review and revise complaint for: sale of jointly owned property; and turnover of property; | 0.10 | 185.00 | 18.50 |
| 11/28/16 | JEM | Review order sustaining Trustee's objections (.10); Draft complaint to sell jointly owned property and for turnover (1.30); | 1.40 | 360.00 | 504.00 |
| 11/28/16 | JEM | Review and revise 363 complaint (.20);and email to Ed Hays re: same (.10); | 0.30 | 360.00 | 108.00 |
| 11/29/16 | JEM | Email to D. Edward Hays re: review of complaint to sell jointly owned property; | 0.10 | 360.00 | 36.00 |
| 12/01/16 | DEH | Telephone conference with Richard A. Marshack re: deadline for notice of appeal and complaint to sell co-owned interests; | 0.20 | 550.00 | 110.00 |
| 12/01/16 | DEH | Review administrative claims to date and written correspondence with Michael Wallin re: same and settlement; | 0.30 | 550.00 | 165.00 |

**EXHIBIT 2**
**Page 47**

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | July 3, 2017 |
| Re: Allebest, Edward F. | | | | | Invoice  7634 |
| I.D. 1015-094 - MWG | | | | | Page 23 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/16 | KAT | Conference with Richard A. Marshack re: assignment (.10); Review memo and E-mail correspondence to Richard A. Marshack re: assignment (.20); | 0.30 | 435.00 | 130.50 |
| 12/02/16 | DEH | Written correspondence with trustee re: status of settlement efforts between creditors and debtor; | 0.30 | 550.00 | 165.00 |
| 12/02/16 | DEH | Telephone conference with Richard A. Marshack re: complaint, assignment of litigation claims to creditor, and deadline for debtor to file appeal; | 0.20 | 550.00 | 110.00 |
| 12/12/16 | DEH | Telephone conference to Michael Wallin re: status of settlement negotiations; | 0.20 | 550.00 | 110.00 |
| 12/16/16 | DEH | Draft written correspondence to Michael Wallin re: status of settlement negotiations; | 0.20 | 550.00 | 110.00 |
| 12/19/16 | KAT | Conference with Richard A. Marshack and Michael Wallin (part) re: assignment of causes of action (.40); Revise assignment (.70); E-mail correspondence to Michael Wallin with agreement (.10); | 1.20 | 435.00 | 522.00 |
| 12/23/16 | KAT | E-mail correspondence to Michael Wallin re: assignment (.20); | 0.20 | 435.00 | 87.00 |
| 12/27/16 | DEH | Review and analyze Debtor's statement of issues and designation of record and draft written correspondence to Judith E. Marshack and Chanel Mendoza re: same; | 0.30 | 550.00 | 165.00 |
| 12/28/16 | CM | Prepare draft appellee Richard A. Marshack's supplemental designation of items to be included in record of appeal re: order sustaining trustee's motion objecting to debtor's claimed exemptions in alleged retirement plan and for turnover; | 0.30 | 185.00 | 55.50 |
| 12/28/16 | JEM | Review documents for designation of records; | 0.60 | 360.00 | 216.00 |
| 12/29/16 | CM | Draft written correspondence to representative of Briggs Reporting re: obtaining transcript of October 4, 2016 hearing; | 0.10 | 185.00 | 18.50 |
| 01/06/17 | CM | Review and revise agreement to assign claims and rights; | 0.10 | 185.00 | 18.50 |
| 01/10/17 | CM | Prepare redline versions of agreement to assign claims and rights; | 0.10 | 185.00 | 18.50 |
| 01/12/17 | CM | Draft e-mail to representative of Briggs Reporting Company re: transcript for hearing on objection to debtor's claim of exemption that took place on October 4, 2016; | 0.10 | 185.00 | 18.50 |
| 01/13/17 | SCH | Conference with Chanel Mendoza re: appeal binder and transcript (.20); Review written correspondence from Chanel Mendoza re: same (.10); | 0.30 | 395.00 | 118.50 |
| 01/13/17 | CM | Prepare notebook re: trustee's motion objecting to debtor's claimed exemptions in alleged retirement plans for turnover for upcoming briefing re: appeal; | 0.40 | 185.00 | 74.00 |

**EXHIBIT 2**
**Page 48**

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 24 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/17 | DEH | Draft written correspondence to Bill Burd re: statement of compensation; | 0.20 | 580.00 | 116.00 |
| 03/15/17 | SCH | Conference with D. Edward Hays re: possible settlement (.20); | 0.20 | 395.00 | 79.00 |
| 03/15/17 | DEH | Conference with Richard A. Marshack and accounting re: fees, blended rate, and settlement; | 0.20 | 580.00 | 116.00 |
| 03/15/17 | DEH | Written correspondence with Richard A. Marshack re: settlement; | 0.20 | 580.00 | 116.00 |
| 03/15/17 | DEH | Written correspondence with Michael Wallin re: whether settlement can provide for dismissal given other unsecured creditors; | 0.10 | 580.00 | 58.00 |
| 03/15/17 | DEH | Telephone conference with Richard A. Marshack re: settlement issues, structure, and counteroffer; | 0.40 | 580.00 | 232.00 |
| 03/17/17 | DEH | Telephone conference with Michael Wallin and Jonathan Hersey re: settlement negotiations; | 0.40 | 580.00 | 232.00 |
| 03/17/17 | DEH | Telephone conference with Michael Wallin and Jonathan Hersey re: settlement (.40); Conference with Richard A. Marshack re: same (.20); | 0.60 | 580.00 | 348.00 |
| 03/17/17 | DEH | Telephone calls to J. Scott Williams and Bill Burd re: settlement; | 0.10 | 580.00 | 58.00 |
| 03/20/17 | SCH | Conference with D. Edward Hays re: settlement issues and motion for continuance of deadlines (.30); | 0.30 | 395.00 | 118.50 |
| 03/20/17 | DEH | Conference with Richard A. Marshack re: settlement; | 0.40 | 580.00 | 232.00 |
| 03/20/17 | DEH | Conference with Sarah Cate Hays re: settlement issues and strategy; | 0.40 | 580.00 | 232.00 |
| 03/22/17 | SCH | Conference with D. Edward Hays re: settlement strategy (.10); | 0.10 | 395.00 | 39.50 |
| 03/22/17 | DEH | Telephone conference with Michael Wallin and Jonathan Hersey re: settlement (.20); Telephone conference to J. Scott Williams re: same (.10); | 0.30 | 580.00 | 174.00 |
| 03/29/17 | JEM | Telephone conference with D. Edward Hays re: Allebest fee breakdown and analysis; | 0.20 | 370.00 | 74.00 |
| 03/30/17 | DEH | Written correspondence with Michael Wallin re: administrative fees; | 0.10 | 580.00 | 58.00 |
| 04/03/17 | DEH | Telephone conference with Richard A. Marshack and Judith E. Marshack re: status of finalizing review and categorization of fees and written correspondence with Michael Wallin re: same; | 0.20 | 580.00 | 116.00 |
| 04/04/17 | JEM | Allebest project re: breakdown of fees; | 3.50 | 370.00 | 1,295.00 |
| 04/04/17 | DEH | Telephone conference with Richard A. Marshack and Judith E. Marshack re: analysis of fees and settlement; | 0.20 | 580.00 | 116.00 |
| 04/05/17 | DEH | Telephone conference with Richard A. Marshack re: settlement; | 0.20 | 580.00 | 116.00 |

**EXHIBIT 2**
**Page 49**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 25 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/17 | DEH | Review and analyze billing spreadsheet for settlement discussions with Michael Wallin; | 0.30 | 580.00 | 174.00 |
| 04/11/17 | DEH | Written correspondence with Michael Wallin re: settlement negotiations; | 0.30 | 580.00 | 174.00 |
| 04/11/17 | DEH | Telephone call to Mike Wallin re: settlement; | 0.10 | 580.00 | 58.00 |
| 04/11/17 | DEH | Conference with Laila Masud re: research re: distributions; | 0.20 | 580.00 | 116.00 |
| 04/11/17 | DEH | Conference call with Michael Wallin and Jonathan Hersey re: settlement negotiations; | 0.70 | 580.00 | 406.00 |
| 04/11/17 | DEH | Conference with Richard A. Marshack re: settlement negotiations; | 0.60 | 580.00 | 348.00 |
| 04/11/17 | DEH | Telephone conference with J. Scott Williams re: settlement negotiations; | 0.30 | 580.00 | 174.00 |
| 04/11/17 | DEH | Conference with Laila Masud re: research results; | 0.20 | 580.00 | 116.00 |
| 04/11/17 | DEH | Research re: constructive disbursements; | 0.30 | 580.00 | 174.00 |
| 04/12/17 | DEH | Written correspondence with Richard A. Marshack re: negotiations with J. Scott Williams; | 0.20 | 580.00 | 116.00 |
| 04/13/17 | DEH | Written correspondence with J. Scott Williams re: status of debtor's further negotiations; | 0.10 | 580.00 | 58.00 |
| 04/14/17 | DEH | Telephone conference with J. Scott Williams re: results of additional settlement talks between Debtor and Wallin; | 0.20 | 580.00 | 116.00 |
| 04/14/17 | SCH | Conference with D. Edward Hays re: status of appeal and settlement negotiations (.20); | 0.20 | 395.00 | 79.00 |
| 04/19/17 | DEH | Telephone conference with J. Scott Williams re: settlement negotiations; | 0.20 | 580.00 | 116.00 |
| 04/20/17 | DEH | Telephone conference with Michael Wallin re: settlement negotiations; | 0.50 | 580.00 | 290.00 |
| 04/20/17 | DEH | Conference with Richard A. Marshack re: settlement negotiations; | 0.20 | 580.00 | 116.00 |
| 04/20/17 | SCH | Conference with D. Edward Hays re: appeal and status of settlement negotiations (.20); | 0.20 | 395.00 | 79.00 |
| 04/21/17 | DEH | Written correspondence with Michael Wallin re: clarification of terms of creditors' proposed offer; | 0.30 | 580.00 | 174.00 |
| 04/26/17 | DEH | Written correspondence with Michael Wallin re: settlement negotiations; | 0.30 | 580.00 | 174.00 |
| 04/28/17 | DEH | Conference with Richard A. Marshack re: counteroffer (.20); Draft written correspondence to Michael Wallin re: same (.40); | 0.60 | 580.00 | 348.00 |
| 05/08/17 | DEH | Written correspondence with Michael Wallin re: settlement and draft written correspondence to Richard A. Marshack re: same; | 0.30 | 580.00 | 174.00 |
| 05/16/17 | SCH | Conference with D. Edward Hays re: status of | 0.30 | 395.00 | 118.50 |

**EXHIBIT 2**
**Page 50**

**Marshack Hays LLP**

| | | | | |
|---|---|---|---|
| Richard Marshack, Trustee | | | July 3, 2017 |
| Re: Allebest, Edward F. | | | Invoice 7634 |
| I.D. 1015-094 - MWG | | | Page 26 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | settlement documentation and review written correspondence from D. Edward Hays and Michael Wallin re: same (.30); | | | |
| 05/30/17 | DEH | Review, analyze, and supplement settlement agreement (1.60); Draft written correspondence to Michael Wallin re: same (.20); | 1.80 | 580.00 | 1,044.00 |
| 05/30/17 | DEH | Review written correspondence from Betty Levine and brief review of proposed revisions (.10); Draft written correspondence to Michael Wallin re: same (.10); | 0.20 | 580.00 | 116.00 |
| 05/30/17 | DEH | Review and analyze revisions to settlement agreement proposed by Betty Levine and J. Scott Williams to prepare for conference call (.30); Conference call with Betty Levine, J. Scott Williams, and Jonathan Hersey re: revisions to settlement agreement proposed by Trustee and Debtor (.60); | 0.90 | 580.00 | 522.00 |
| 06/06/17 | DEH | Telephone conference with Richard A. Marshack re: settlement status and timing for approval; | 0.20 | 580.00 | 116.00 |
| 06/07/17 | DEH | Written correspondence with Jon Hersey re: motion and agreement; | 0.20 | 580.00 | 116.00 |
| 06/07/17 | DEH | Review and revise motion to approve compromise and draft supporting declaration of Richard A. Marshack; | 0.50 | 580.00 | 290.00 |
| 06/07/17 | DEH | Review and approve final revised version of settlement agreement; | 0.30 | 580.00 | 174.00 |
| 06/07/17 | DEH | Written correspondence with counsel re: revised settlement agreement and revisions to motion; | 0.20 | 580.00 | 116.00 |
| 06/07/17 | DEH | Telephone conferences with Pam Kraus re: possible application for order shortening time; | 0.20 | 580.00 | 116.00 |
| 06/07/17 | LM | Review e-mail correspondence re: motion to compromise; | 0.10 | 300.00 | 30.00 |
| 06/07/17 | SCH | Conference with D. Edward Hays re: appellate briefing and motion to approve compromise (.20); | 0.20 | 395.00 | 79.00 |
| 06/07/17 | SCH | Conference with D. Edward Hays re: order shortening time (.10); | 0.10 | 395.00 | 39.50 |
| 06/07/17 | PK | Review and revise Trustee's motion for order: approving compromise and dismissing case (.20); Draft notice of motion (.30); Telephone conferences with Betty Levine, Jonathan Hersey and D. Edward Hays re: settlement agreement and hearing (.30); | 0.80 | 250.00 | 200.00 |
| 06/08/17 | LM | E-mail re: fee application; | 0.10 | 300.00 | 30.00 |
| 06/08/17 | PK | Review and revise application for order setting hearing on shortened notice and declaration of Michael Wallin in support; | 0.20 | 250.00 | 50.00 |
| 06/09/17 | PK | Review case files re: appellant's brief and e-mail to D. Edward Hays; | 0.10 | 250.00 | 25.00 |

**EXHIBIT 2**
**Page 51**

# Marshack Hays LLP

| | | |
|---|---|---|
| Richard Marshack, Trustee | | July 3, 2017 |
| Re: Allebest, Edward F. | | Invoice 7634 |
| I.D. 1015-094 - MWG | | Page 27 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/17 | PK | Final revisions to Trustee's motion to approve compromise (.30); Review and revise application for order shortening time and declaration in support (.40); | 0.70 | 250.00 | 175.00 |
| 06/09/17 | PK | Draft and revise order granting application setting hearing on shortened notice (.40); Telephone conference with D. Edward Hays re: same (.10); | 0.50 | 250.00 | 125.00 |
| 06/09/17 | PK | Review and analysis of entered order approving application for order setting hearing on shortened notice (.10); E-mail summary to D. Edward Hays (.10); | 0.20 | 250.00 | 50.00 |
| 06/12/17 | PK | Revise notice of motion to approve settlement agreement (.20); Draft declaration re: telephonic service (.40); | 0.60 | 250.00 | 150.00 |
| 06/12/17 | PK | Revise declaration re: telephonic service; | 0.10 | 250.00 | 25.00 |
| 06/16/17 | DEH | Written correspondence with Betty Levine and Grant Hallstrom re settlement payment; | 0.20 | 580.00 | 116.00 |
| 06/19/17 | DEH | Written correspondence with Michael Wallin re: timing for distribution of settlement funds; | 0.10 | 580.00 | 58.00 |
| 06/19/17 | SCH | Review docket and conference with D. Edward Hays re: motion to approve compromise (.20); | 0.20 | 395.00 | 79.00 |
| 06/21/17 | LM | Review e-mail from D. Edward Hays re: declaration of Mr. Allebest as to the source of the settlement funds; | 0.10 | 300.00 | 30.00 |
| 06/21/17 | DEH | Draft written correspondence to Betty Levine and J. Scott Williams re: declaration from debtor; | 0.30 | 580.00 | 174.00 |
| 06/21/17 | DEH | Review and revise draft declaration of Edward Allebest (.20); Written correspondence with Betty Levine re: same (.10); | 0.30 | 580.00 | 174.00 |
| 06/23/17 | DEH | Review declaration filed by debtor and withdrawal of claim filed by Cadden & Fuller and draft written correspondence to Michael Wallin re: same; | 0.20 | 580.00 | 116.00 |
| 07/03/17 | DEH | Written correspondence with Pam Kraus re: dismissal of Eagle case or filing of no-asset report and check settlement agreement re: provision requiring dismissal; | 0.20 | 580.00 | 116.00 |
| 07/03/17 | DEH | Court appearance at United States Bankruptcy Court, Santa Ana re: hearing on motion to approve compromise; | 1.80 | 580.00 | 1,044.00 |
| 07/03/17 | DEH | Review and revise motions to dismiss bankruptcy cases; | 0.70 | 580.00 | 406.00 |
| *Subtotals for task code 10 - Litigation* | | | *194.30* | | *92,057.50* |

11 - Meetings of Creditors

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/22/16 | DEH | Review and analyze documents produced by debtor to prepare for 341(a) meeting of creditors (.90); Conference with Judith E. Marshack re: same (.30); | 1.20 | 550.00 | 660.00 |
| 02/23/16 | DEH | Conduct 341(a) meeting of creditors at United States Bankruptcy Court, Santa Ana (5.80); Conference with Richard A. Marshack re: same (.40); | 6.20 | 550.00 | 3,410.00 |

**EXHIBIT 2**
**Page 52**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 28 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/16 | DEH | Conference with Richard A. Marshack re: meeting of creditors; | 0.30 | 550.00 | 165.00 |
| 03/28/16 | DEH | Conference with Richard A. Marshack re: continuance of meeting of creditors (.20); Draft written correspondence to Michael Wallin re: same (.20); | 0.40 | 550.00 | 220.00 |
| 05/02/16 | DEH | Telephone conference with Richard A. Marshack re: continuance of meeting of creditors; | 0.20 | 550.00 | 110.00 |
| 06/30/16 | DEH | Conference with Richard A. Marshack re: continuance of meeting of creditors; | 0.20 | 550.00 | 110.00 |
| 09/15/16 | DEH | Conference with Richard A. Marshack re: continuance of meeting of creditors and whether to examine debtor prior to hearing on objection to exemption; | 0.20 | 550.00 | 110.00 |
| 10/30/16 | DEH | Written correspondence with Richard A. Marshack re: further examination of debtor and continuance of 341(a) meeting; | 0.30 | 550.00 | 165.00 |
| 12/11/16 | DEH | Written correspondence with trustee's administrator re: continuance of meeting of creditors; | 0.10 | 550.00 | 55.00 |
| 01/09/17 | DEH | Telephone conference with Richard A. Marshack and Laurie McPherson re: concluding meeting of creditors; | 0.20 | 550.00 | 110.00 |

*Subtotals for task code 11 - Meetings of Creditors*                                  *9.30*         *5,115.00*

**2 - Asset Disposition**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/16 | JEM | Draft memo re: case summaries; | 1.80 | 360.00 | 648.00 |
| 02/24/16 | JEM | Review debtor's revised Schedule C; | 0.10 | 360.00 | 36.00 |
| 03/04/16 | MWG | Review and analyze issues recovery of IRA and assets; | 0.30 | 420.00 | 126.00 |
| 03/11/16 | DEH | Conferences with Judith E. Marshack re: revised stipulations; | 0.20 | 550.00 | 110.00 |
| 03/16/16 | DEH | Draft written correspondence to J. Scott Williams re: status of review and execution of stipulations; | 0.20 | 550.00 | 110.00 |
| 03/16/16 | DEH | Telephone conference with J. Scott Williams re: status of execution of stipulations; | 0.20 | 550.00 | 110.00 |
| 03/21/16 | DEH | Exchange written correspondence with Richard A. Marshack re: status of finalizing and filing stipulations enjoining transfers and for substantive consolidation; | 0.30 | 550.00 | 165.00 |
| 03/21/16 | DEH | Review and analyze debtor's revisions to stipulations and exchange written correspondence with J. Scott Williams re: same; | 0.30 | 550.00 | 165.00 |
| 03/23/16 | DEH | Written correspondence with J. Scott Williams and review and analyze proposed final revisions to stipulations (.30); Written correspondence with Richard A. Marshack re: same (.10); | 0.40 | 550.00 | 220.00 |
| 03/23/16 | DEH | Conference with Richard A. Marshack re: scheduling meeting with debtor; | 0.20 | 550.00 | 110.00 |

**EXHIBIT 2**
**Page 53**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 29 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/23/16 | JEM | Organize and prepare exhibits to stipulation to enjoin transfer of real estate or trusts (.50); E-mail instructions re: filing stipulation to Chanel Mendoza (.10); | 0.60 | 360.00 | 216.00 |
| 03/23/16 | JEM | Conference with D. Edward Hays and Trustee re: filing stipulation to enjoin; | 0.20 | 360.00 | 72.00 |
| 03/23/16 | DEH | Conference with Richard A. Marshack re: stipulations; | 0.20 | 550.00 | 110.00 |
| 03/23/16 | DEH | Conference with Richard A. Marshack and Judith E. Marshack re: stipulations; | 0.10 | 550.00 | 55.00 |
| 03/24/16 | CM | Revise and finalize stipulation for order enjoining transfer or encumbrance of real property and interests in trusts; | 0.50 | 185.00 | 92.50 |
| 03/24/16 | CM | Revise and finalize order approving stipulation for order enjoining transfer or encumbrance of real property and interests in trusts (.30); Revise and finalize notice of lodgment re: same (.10); | 0.40 | 185.00 | 74.00 |
| 04/06/16 | JEM | Telephone conference with Donna Curtis re: correction to stipulation to enjoin; | 0.10 | 360.00 | 36.00 |
| 04/06/16 | JEM | Review and revise stipulation to enjoin (.10);and email to J. Scott Williams re: same (.10); | 0.20 | 360.00 | 72.00 |
| 04/06/16 | JEM | Email correspondence to/from J. Scott Williams re: court's request for correction of stipulation for order enjoining transfer; | 0.20 | 360.00 | 72.00 |
| 04/08/16 | CM | Review and analyze e-mail from Judith E. Marshack re: deficiency (.10); Revise and finalize stipulation enjoining transfer or encumbrance of real property (.30); Revise and finalize order approving stipulation enjoining transfer or encumbrance of real property (.30); | 0.70 | 185.00 | 129.50 |
| 05/12/16 | CM | Review and analyze order approving stipulation enjoining transfer or encumbrance of real property and interests in trusts entered by court (.10); Draft e-mail to Nationwide re: recording same (.10); | 0.20 | 185.00 | 37.00 |
| 09/20/16 | KAT | Commence drafting agreement to assign litigation claims (1.50); | 1.50 | 435.00 | 652.50 |
| 09/22/16 | KAT | Revise and supplement assignment Agreement (1.5) | 1.50 | 435.00 | 652.50 |
| 11/03/16 | KAT | Review issues with Eagle Portfolio as it relates to potential assignment (.40); Review claims dockets of Eagle and Allebest (.20); Analysis of assignment and prepare memo to D. Edward Hays re: same (.70); | 1.30 | 435.00 | 565.50 |
| 01/05/17 | KAT | Review revisions to assignment and E-mail correspondence to D. Edward Hays and Richard A. Marshack re: same (.40); | 0.40 | 435.00 | 174.00 |
| 01/06/17 | KAT | Conference with Richard A. Marshack and D. Edward Hays re: revisions to assignment (.40); Revised agreement per discussion (.40); Conference with | 1.70 | 435.00 | 739.50 |

**EXHIBIT 2**
**Page 54**

**Marshack Hays LLP**

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | July 3, 2017 |
| Re: Allebest, Edward F. | | | | | Invoice 7634 |
| I.D. 1015-094 - MWG | | | | | Page 30 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Richard A. Marshack re: further revisions (.20); Revised agreement per second discussion (.30); Review additional Richard A. Marshack revisions (.20); E-mail correspondence to Michael Wallin re: revised agreement (.20) | | | |
| 01/10/17 | KAT | E-mail correspondence from Michael Wallin and review revisions to assignment (.30); Conference with Richard A. Marshack re: changes (.10); E-mail correspondence to Michael Wallin re: revisions (.10); | 0.50 | 435.00 | 217.50 |
| 02/23/17 | KAT | Review status of assignment and e-mail correspondence to Pam Kraus re: abandonment of lawsuits (.20); Conference with Richard A. Marshack re: abandonment (.10); | 0.30 | 435.00 | 130.50 |
| 02/24/17 | KAT | Revise and supplement motion to abandon, including a review of prior assignment and petition (1.50); | 1.50 | 435.00 | 652.50 |
| 02/27/17 | KAT | Conference with Richard A. Marshack and D. Edward Hays re: facts for motion to abandon (.20); | 0.20 | 435.00 | 87.00 |
| 02/28/17 | KAT | Review notes and file information to supplement motion to abandon (1.0); | 1.00 | 435.00 | 435.00 |
| 03/01/17 | KAT | Revise and supplement motion to abandon (.70); Conference with Richard A. Marshack re: revisions (.20); Additional revisions per conference with Richard A. Marshack (.30); | 1.20 | 460.00 | 552.00 |
| 03/02/17 | KAT | Review/approve final motion to abandon and e-mail correspondence with Pam Kraus re: same (.30); | 0.30 | 460.00 | 138.00 |
| *Subtotals for task code 2 - Asset Disposition* | | | *18.80* | | *7,762.50* |

4 - Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/10/16 | CM | Prepare new matter request; | 0.10 | 185.00 | 18.50 |
| 02/23/16 | PK | Prepare request for courtesy NEFs re: Edward Allebest, Allebest & Associates and Eagle Portfolio; | 0.50 | 240.00 | 120.00 |
| 02/24/16 | DAW | Review and respond to multiple e-mail correspondence from Trustee re: strategy for case; | 0.20 | 320.00 | 64.00 |
| 03/02/16 | JEM | Draft substantive consolidation stipulation; | 0.70 | 360.00 | 252.00 |
| 03/02/16 | CM | Review and revise stipulation for substantive consolidation; | 0.10 | 185.00 | 18.50 |
| 03/02/16 | DEH | Review and revise stipulation for substantive consolidation (.50); Conference with Judith E. Marshack re: same (.20); | 0.70 | 550.00 | 385.00 |
| 03/02/16 | DEH | Draft written correspondence to J. Scott Williams re: proposed stipulation for substantive consolidation; | 0.20 | 550.00 | 110.00 |
| 03/07/16 | JEM | Draft order approving stipulation to consolidate Edward Allebest and Allebest and Associates; | 0.20 | 360.00 | 72.00 |
| 03/08/16 | PK | Draft order approving stipulation between Trustee and | 0.30 | 240.00 | 72.00 |

**EXHIBIT 2**
**Page 55**

## Marshack Hays LLP

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | July 3, 2017 |
| Re: Allebest, Edward F. | | | | | Invoice 7634 |
| I.D. 1015-094 - MWG | | | | | Page 31 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Edward Allebest and Allebest & Associates re: substantive consolidation; | | | |
| 03/08/16 | PK | Draft stipulation between Trustee, Edward Allebest and Allebest & Associates to substantive consolidate cases (for filing in Allebest & Associates case); | 0.30 | 240.00 | 72.00 |
| 03/08/16 | PK | Draft order approving stipulation between Trustee and Edward Allebest and Allebest & Associates re: substantive consolidation; (to be filed in Allebest & Associates case); | 0.20 | 240.00 | 48.00 |
| 03/09/16 | JEM | draft stipulation to subs consolidate; | 0.20 | 360.00 | 72.00 |
| 03/09/16 | JEM | Draft proposed order re: subs consolidation; | 0.10 | 360.00 | 36.00 |
| 03/09/16 | JEM | Review and revise stipulation to substantively consolidate; | 0.20 | 360.00 | 72.00 |
| 03/09/16 | JEM | Review and revise proposed order re: substantive consolidation; | 0.20 | 360.00 | 72.00 |
| 03/11/16 | DEH | Review and revise stipulations for substantive consolidation in Allebest with Allebest & Associates and conference with Judith E. Marshack re: same (.30); Review and revise proposed orders re: same and conference with Judith E. Marshack re: same (.20); Research re: documents acceptable for recording under Government Code and conference with Judith E. Marshack re: same (.20); Draft written correspondence to Scott Wiliams re: same (.20); | 0.90 | 550.00 | 495.00 |
| 03/11/16 | JEM | Review and revise stipulations and orders re: substantive consolidation and conference with D. Edward Hays re: same; | 0.20 | 360.00 | 72.00 |
| 03/23/16 | JEM | Conference with D. Edward Hays and Trustee re: stipulation re: substantive consolidation; | 0.10 | 360.00 | 36.00 |
| 03/24/16 | CM | Revise and finalize stipulation for substantive consolidation of bankruptcy cases: Edward F. Allebest; and Allebest & Associates, Inc.; | 0.50 | 185.00 | 92.50 |
| 03/24/16 | CM | Revise and finalize order approving stipulation for substantive consolidation of bankruptcy cases: Edward F. Allebest; and Allebest & Associates, Inc. (.30); Revise and finalize notice of lodgment of same (.10); | 0.40 | 185.00 | 74.00 |
| 03/24/16 | DEH | Exchange written correspondence with Richard A. Marshack re: stipulation for substantive consolidation and service on all creditors (.20); Telephone conference with Richard A. Marshack re: same and whether motion required to approve stipulation (.20); | 0.40 | 550.00 | 220.00 |
| 03/29/16 | DEH | Conference with Michael Wallin re: substantive consolidation, meeting with debtor, and strategy for objection to exemption; | 0.30 | 550.00 | 165.00 |

**EXHIBIT 2**
**Page 56**

**Marshack Hays LLP**

| | | | | |
|---|---|---|---|---|
| Richard Marshack, Trustee | | | | July 3, 2017 |
| Re: Allebest, Edward F. | | | | Invoice 7634 |
| I.D. 1015-094 - MWG | | | | Page 32 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/29/16 | DEH | Review order entered by court setting hearing on stipulation for substantive consolidation (.10); Conference with Richard A. Marshack and Judith E. Marshack re: same and serving notice of hearing on all creditors advising of opportunity to oppose (.20); | 0.30 | 550.00 | 165.00 |
| 03/30/16 | CM | Review and analyze order setting hearing re:stipulation (.10); Prepare draft notice of hearing re: stipulation for substantive consolidation of bankruptcy cases (.30); | 0.40 | 185.00 | 74.00 |
| 03/31/16 | CM | Revise and finalize notice of hearing re: stipulation for substantive consolidation of bankruptcy cases: (1);Edward F. Allebest; and (2);Allebest & Associates, Inc.; | 0.50 | 185.00 | 92.50 |
| 04/11/16 | AMT | Telephone conference with Richard A. Marshack re: hearing on stipulation for substantive consolidation; | 0.10 | 275.00 | 27.50 |
| 04/12/16 | JEM | Review and analyze, and prepare notes for hearing re: approval of stipulation to consolidate; | 0.60 | 360.00 | 216.00 |
| 04/12/16 | JEM | Research re: substantive consolidation in preparation of hearing on stipulation to consolidate; | 1.20 | 360.00 | 432.00 |
| 04/12/16 | JEM | Draft and send email correspondence to Richard A. Marshack re: substantive consolidation research and arguments in preparation of hearing on stipulation to consolidate; | 0.40 | 360.00 | 144.00 |
| 04/12/16 | DAW | Telephonic conference with Trustee re: hearing results for today's stipulation for substantive consolidation; | 0.20 | 320.00 | 64.00 |
| 04/25/16 | JEM | Conference with trustee re: report of status of all Allebest cases; | 0.10 | 360.00 | 36.00 |
| 04/26/16 | JEM | Conference with Pam Kraus re: case summary for report; | 0.10 | 360.00 | 36.00 |
| 04/26/16 | DEH | Telephone conference with Richard A. Marshack re: substantive consolidation and objections to exemptions; | 0.40 | 550.00 | 220.00 |
| 04/27/16 | DEH | Conference with Richard A. Marshack re: substantive consolidation brief; | 0.50 | 550.00 | 275.00 |
| 04/28/16 | JEM | Draft memo re: case summaries; | 2.40 | 360.00 | 864.00 |
| 04/29/16 | DEH | Telephone conference with Richard A. Marshack re: substantive consolidation brief; | 0.20 | 550.00 | 110.00 |
| 05/01/16 | DEH | Exchange written correspondence with Michael Wallin and Exchange written correspondence with Richard A. Marshack re: meeting of creditors; | 0.30 | 550.00 | 165.00 |
| 05/02/16 | SCH | Conference with D. Edward Hays re: case strategy, objection to claim, and motion for substantive consolidation (.40); | 0.40 | 395.00 | 158.00 |
| 05/04/16 | DEH | Meeting with Richard A. Marshack re: substantive consolidation and exemption issues; | 0.30 | 550.00 | 165.00 |
| 05/04/16 | DEH | Conference with Judith E. Marshack and Sarah Cate | 0.20 | 550.00 | 110.00 |

**EXHIBIT 2**
**Page 57**

**Marshack Hays LLP**

Richard Marshack, Trustee

Re: Allebest, Edward F.

I.D. 1015-094 - MWG

July 3, 2017

Invoice 7634

Page 33

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Hays re: substantive consolidation; | | | |
| 05/09/16 | SCH | Conference with D. Edward Hays re: substantive consolidation (.10); | 0.10 | 395.00 | 39.50 |
| 05/09/16 | DEH | Research re: substantive consolidation; | 0.40 | 550.00 | 220.00 |
| 05/10/16 | DEH | Research to draft supplemental brief re: substantive consolidation; | 3.30 | 550.00 | 1,815.00 |
| 05/10/16 | DEH | Draft supplemental brief in support of substantive consolidation (3.70); Draft declaration of Richard A. Marshack in support (.40); Telephone conference with Richard A. Marshack re: same (.20); | 4.30 | 550.00 | 2,365.00 |
| 05/10/16 | DEH | Draft joinder (.30); Draft written correspondence to Michael Wallin re: same (.20); | 0.50 | 550.00 | 275.00 |
| 05/10/16 | DEH | Telephone conference to Anthony Rothman re: substantive consolidation; | 0.10 | 550.00 | 55.00 |
| 05/11/16 | DEH | Exchange written correspondence with Anthony Rothman re: substantive consolidation; | 0.30 | 550.00 | 165.00 |
| 05/11/16 | DEH | Telephone conference to Anthony Rothman re: substantive consolidation; | 0.10 | 550.00 | 55.00 |
| 05/13/16 | DEH | Review and analyze joinder filed by Anthony Rothman re: substantive consolidation; | 0.20 | 550.00 | 110.00 |
| 05/23/16 | DAW | Meeting with Trustee re: current status of case and strategy moving forward; | 0.10 | 320.00 | 32.00 |
| 05/24/16 | DAW | Review and analyze Court's tentative ruling for stipulation for substantive consolidation; | 0.10 | 320.00 | 32.00 |
| 05/24/16 | DEH | Court appearance at United States Bankruptcy Court, Santa Ana re: hearing on substantive consolidation; | 3.20 | 550.00 | 1,760.00 |
| 05/24/16 | DEH | Review pleadings and prepare outline of facts, arguments, and case law for hearing on substantive consolidation (.70); Telephone conference with Richard A. Marshack re: same and hearing strategy (.20); | 0.90 | 550.00 | 495.00 |
| 05/25/16 | DEH | Exchange written correspondence with Cynthia Bastida re: contents for form of order approving stipulation for substantive consolidation; | 0.20 | 550.00 | 110.00 |
| 05/26/16 | CB | Update order approving stipulation for substantive consolidation of bankruptcy cases; | 0.20 | 175.00 | 35.00 |
| 05/27/16 | DEH | Review and revise proposed order substantively consolidating estates; | 0.30 | 550.00 | 165.00 |
| 05/27/16 | CB | Revise and finalize updated order approving stipulation to consolidate Edward and Allebest & Associates; | 0.20 | 175.00 | 35.00 |
| 05/27/16 | CB | Revise and finalize notice of lodgment re: updated order approving stipulation to consolidate Edward and Allebest & Associates; | 0.50 | 175.00 | 87.50 |
| 06/10/16 | DEH | Research re: form of order and joint caption on | 0.20 | 550.00 | 110.00 |

**EXHIBIT 2**
**Page 58**

# Marshack Hays LLP

| | | | | | |
|---|---|---|---|---|---|
| Richard Marshack, Trustee | | | | | July 3, 2017 |
| Re: Allebest, Edward F. | | | | | Invoice 7634 |
| I.D. 1015-094 - MWG | | | | | Page 34 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | substantive consolidation and draft written correspondence to Cynthia Bastida re: draft of amended orders re: same; | | | |
| 06/13/16 | CB | Revise amended order approving stipulation to consolidate Edward and Allebest and Associates; | 0.10 | 175.00 | 17.50 |
| 06/13/16 | CB | E-mail to David A. Wood re: amended order; | 0.10 | 175.00 | 17.50 |
| 06/15/16 | DAW | Telephonic conference with chambers re: proposed order for substantive consolidation (.30); Instructions to Cynthia Bastida re: same (.20); (No Charge) | 0.50 | 0.00 | |
| 06/15/16 | DAW | Review and revise declaration of D. Edward Hays in support of caption order for substantively consolidated case (.10); draft and send e-mail correspondence to Cynthia Bastida re: Same (.10); review and revise proposed order (.10); | 0.30 | 320.00 | 96.00 |
| 06/15/16 | CB | Prepare draft declaration of David A. Wood re: compliance with proposed order; | 0.20 | 175.00 | 35.00 |
| 06/15/16 | CB | Revise and finalize declaration of D. Edward Hays re: compliance with proposed order; | 0.50 | 175.00 | 87.50 |
| 06/15/16 | CB | Revise and finalize amended order approving stipulation to consolidate Edward and Allebest & Associates; | 0.50 | 175.00 | 87.50 |
| 06/15/16 | CB | Discussion with David A. Wood re: instructions on compliance declaration for consolidation caption; | 0.10 | 175.00 | 17.50 |
| 06/15/16 | DEH | Review and revise declaration in support of amended lodged order granting substantive consolidation; | 0.20 | 550.00 | 110.00 |
| 06/20/16 | DAW | Conference with Trustee re: case strategy moving forward; | 0.20 | 320.00 | 64.00 |
| 01/16/17 | PK | Draft notice re: increase in hourly rates; | 0.20 | 240.00 | 48.00 |
| 01/18/17 | PK | Revise notice re: change of hourly rates; | 0.20 | 240.00 | 48.00 |
| 04/11/17 | LM | Research re: fee application; | 1.10 | 300.00 | 330.00 |
| 04/11/17 | LM | Conference with D. Edward Hays re: trustee fees; | 0.40 | 300.00 | 120.00 |
| 04/24/17 | DEH | Telephone conference with Richard A. Marshack re: status of case for 180-day reports (.20); Written correspondence with Pam Kraus re: same (.10); | 0.30 | 580.00 | 174.00 |
| 04/24/17 | DEH | Telephone conference with Pam Kraus re: status for 180-day reports (.20); Draft written correspondence to Trustee re: status of case for 180-day reports (.40); | 0.60 | 580.00 | 348.00 |
| 06/12/17 | LB | Conference call with D. Edward Hays (.10): Review and revise notice of settlement motion (.20); | 0.30 | 190.00 | 57.00 |
| 07/03/17 | PK | Final revisions to motion to dismiss case (.40); Draft and revise notice of motion (.40); | 0.80 | 250.00 | 200.00 |

*Subtotals for task code 4 - Case Administration*    *37.40*    *15,811.00*

5 - Claims Administration and Objections

**EXHIBIT 2**
**Page 59**

**Marshack Hays LLP**

| | | |
|---|---|---|
| Richard Marshack, Trustee | | July 3, 2017 |
| Re: Allebest, Edward F. | | Invoice 7634 |
| I.D. 1015-094 - MWG | | Page 35 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/11/16 | MWG | Review and analyze claim by Accurate Tax Group (.20); Telephone conference with Pam Kraus re: Accurate Tax Group claim issues (.10); | 0.30 | 420.00 | 126.00 |
| 09/27/16 | DEH | Telephone conference with Eric Heller re: potential IRS claim; | 0.20 | 550.00 | 110.00 |
| 10/28/16 | DEH | Telephone conference to Eric Heller re: claim; | 0.10 | 550.00 | 55.00 |
| 10/28/16 | DEH | Telephone conference with Richard A. Marshack re: IRS position re: claim; | 0.20 | 550.00 | 110.00 |
| 11/03/16 | DEH | Telephone conference with Eric Heller re: whether IRS has a claim; | 0.20 | 550.00 | 110.00 |

*Subtotals for task code 5 - Claims Administration and Objections*    *1.00*    *511.00*

7 - Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/24/16 | DAW | Meeting with Trustee re: retaining Marshack Hays for representation of Estate; | 0.10 | 320.00 | 32.00 |
| 03/04/16 | DEH | Revise and supplement application for trustee to employ Marshack Hays LLP; | 1.60 | 550.00 | 880.00 |
| 03/29/16 | DAW | Travel to and attend hearing on Marshack Hays employment application (1.4); draft and send e-mail correspondence to Judith E. Marshack, Richard A. Marshack, and D. Edward Hays re: hearing results (.10); | 1.50 | 320.00 | 480.00 |
| 03/29/16 | DEH | Exchange written correspondence with David A. Wood re: appearance at hearing on application for employment; | 0.20 | 550.00 | 110.00 |
| 03/29/16 | DEH | Conference with David A. Wood re: results of hearing (.20); Telephone conference with Richard A. Marshack re: same (.10); | 0.30 | 550.00 | 165.00 |
| 03/29/16 | DAW | Review and respond to multiple correspondence from D. Edward Hays re: covering todays hearing on Marshack Hays employment application; | 0.20 | 320.00 | 64.00 |
| 03/29/16 | DAW | Prepare for today's hearing on Marshack Hays employment application; | 0.50 | 320.00 | 160.00 |
| 04/13/16 | CM | Prepare draft declaration of non-opposition to application to employ Marshack Hay LLP; | 0.20 | 185.00 | 37.00 |
| 04/13/16 | CM | Prepare draft order granting application by chapter 7 trustee to employ Marshack Hays LLP as general counsel; | 0.20 | 185.00 | 37.00 |
| 04/13/16 | JEM | Review and revise proposed order granting application to employ firm; | 0.20 | 360.00 | 72.00 |
| 04/13/16 | CM | Revise and finalize order granting application by chapter 7 trustee to employ Marshack Hays LLP as general counsel; | 0.40 | 185.00 | 74.00 |
| 04/13/16 | JEM | Review and revise order granting application to employ | 0.20 | 360.00 | 72.00 |

**EXHIBIT 2**
**Page 60**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 36 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | firm; | | | |
| 04/13/16 | MWG | Follow-up re: Marshack Hays employment order; | 0.10 | 420.00 | 42.00 |
| 06/08/17 | PK | Review and revise detailed timekeeper entries to comply with Office of the U.S. Trustee guides; | 0.40 | 250.00 | 100.00 |
| 06/12/17 | LM | Review and revise final fee application; | 1.00 | 300.00 | 300.00 |
| 06/12/17 | PK | Review case documents, dockets and billing entries (.60); Draft first and final fee application (2.20); | 2.80 | 250.00 | 700.00 |
| 06/13/17 | LM | E-mail Pamela Kraus re: comments and revisions to final fee application; | 0.10 | 300.00 | 30.00 |
| 06/28/17 | LM | Review- e-mail from Pam Kraus re: fee application for review; | 0.10 | 300.00 | 30.00 |
| 07/03/17 | PK | Final revisions to fee application (1.60); Draft, revise and organize exhibits (.60); | 2.20 | 250.00 | 550.00 |
| 07/03/17 | PK | Draft and revise notice of hearing re: fee application; | 0.50 | 250.00 | 125.00 |
| 07/03/17 | DEH | Revise and supplement first and final fee application; | 1.30 | 580.00 | 754.00 |
| 07/03/17 | DEH | Review and revise trustee's first and final fee application; | 0.40 | 580.00 | 232.00 |
| 07/03/17 | DEH | Prepare for and attend the hearings on the final fee applications and motions to dismiss; | 2.00 | 580.00 | 1,160.00 |

*Subtotals for task code 7 - Fee/Employment Applications*    16.50    6,206.00

| | | | |
|---|---|---|---|
| **Total Fees** | **337.90** | | **153,304.50** |

**EXHIBIT 2**
**Page 61**

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page  37 |

**EXHIBIT 2**
**Page 62**

EXHIBIT 3

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page  38 |

| Fee Recap by Task Code | | | |
|---|---|---|---|
| | **Hours** | **Rate/Hour** | **Amount** |
| .1 - Allebest v. Marshack (16-1426) | | | |
| D. Edward Hays | 0.10 | 0.00 | 0.00 |
| D. Edward Hays | 4.40 | 550.00 | 2,420.00 |
| D. Edward Hays | 2.10 | 580.00 | 1,218.00 |
| Judith E. Marshack | 0.50 | 0.00 | 0.00 |
| Judith E. Marshack | 1.40 | 360.00 | 504.00 |
| Sarah C. Hays | 6.80 | 395.00 | 2,686.00 |
| Chanel Mendoza | 1.40 | 190.00 | 266.00 |
| Cynthia Bastida | 0.50 | 190.00 | 95.00 |
| *Subtotal for .1 - Allebest v. Marshack (16-1426)* | *17.20* | | *7,189.00* |
| | | | |
| 1 - Asset Analysis and Recovery | | | |
| D. Edward Hays | 15.80 | 550.00 | 8,690.00 |
| Judith E. Marshack | 22.70 | 360.00 | 8,172.00 |
| Chad V. Haes | 0.20 | 350.00 | 70.00 |
| Matthew W. Grimshaw | 1.00 | 420.00 | 420.00 |
| David A. Wood | 0.40 | 360.00 | 144.00 |
| Kristine A. Thagard | 2.10 | 435.00 | 913.50 |
| Pamela Kraus | 0.40 | 240.00 | 96.00 |
| Chanel Mendoza | 0.70 | 185.00 | 129.50 |
| Cynthia Bastida | 0.10 | 175.00 | 17.50 |
| *Subtotal for 1 - Asset Analysis and Recovery* | *43.40* | | *18,652.50* |
| | | | |
| 10 - Litigation | | | |
| D. Edward Hays | 103.50 | 550.00 | 56,925.00 |
| D. Edward Hays | 18.20 | 580.00 | 10,556.00 |
| Judith E. Marshack | 33.50 | 360.00 | 12,060.00 |
| Judith E. Marshack | 3.70 | 370.00 | 1,369.00 |
| Sarah C. Hays | 3.40 | 395.00 | 1,343.00 |
| Chad V. Haes | 0.20 | 350.00 | 70.00 |
| Matthew W. Grimshaw | 0.50 | 420.00 | 210.00 |
| Laila Masud | 0.30 | 300.00 | 90.00 |
| David A. Wood | 0.20 | 0.00 | 0.00 |
| David A. Wood | 1.90 | 320.00 | 608.00 |
| Kristine A. Thagard | 13.00 | 435.00 | 5,655.00 |
| Pamela Kraus | 0.40 | 240.00 | 96.00 |
| Pamela Kraus | 3.20 | 250.00 | 800.00 |
| Chanel Mendoza | 12.30 | 185.00 | 2,275.50 |
| *Subtotal for 10 - Litigation* | *194.30* | | *92,057.50* |

**EXHIBIT 3**
**Page 63**

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 39 |

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| **11 - Meetings of Creditors** | | | |
| D. Edward Hays | 9.30 | 550.00 | 5,115.00 |
| *Subtotal for 11 - Meetings of Creditors* | *9.30* | | *5,115.00* |
| | | | |
| **2 - Asset Disposition** | | | |
| D. Edward Hays | 2.10 | 550.00 | 1,155.00 |
| Judith E. Marshack | 3.20 | 360.00 | 1,152.00 |
| Matthew W. Grimshaw | 0.30 | 420.00 | 126.00 |
| Kristine A. Thagard | 9.90 | 435.00 | 4,306.50 |
| Kristine A. Thagard | 1.50 | 460.00 | 690.00 |
| Chanel Mendoza | 1.80 | 185.00 | 333.00 |
| *Subtotal for 2 - Asset Disposition* | *18.80* | | *7,762.50* |
| | | | |
| **4 - Case Administration** | | | |
| D. Edward Hays | 18.90 | 550.00 | 10,395.00 |
| D. Edward Hays | 0.90 | 580.00 | 522.00 |
| Judith E. Marshack | 6.70 | 360.00 | 2,412.00 |
| Sarah C. Hays | 0.50 | 395.00 | 197.50 |
| Ashley M. Teesdale | 0.10 | 275.00 | 27.50 |
| Laila Masud | 1.50 | 300.00 | 450.00 |
| David A. Wood | 0.50 | 0.00 | 0.00 |
| David A. Wood | 1.10 | 320.00 | 352.00 |
| Pamela Kraus | 1.70 | 240.00 | 408.00 |
| Pamela Kraus | 0.80 | 250.00 | 200.00 |
| Chanel Mendoza | 2.00 | 185.00 | 370.00 |
| Layla Buchanan | 0.30 | 190.00 | 57.00 |
| Cynthia Bastida | 2.40 | 175.00 | 420.00 |
| *Subtotal for 4 - Case Administration* | *37.40* | | *15,811.00* |
| | | | |
| **5 - Claims Administration and Objections** | | | |
| D. Edward Hays | 0.70 | 550.00 | 385.00 |
| Matthew W. Grimshaw | 0.30 | 420.00 | 126.00 |
| *Subtotal for 5 - Claims Administration and Objections* | *1.00* | | *511.00* |
| | | | |
| **7 - Fee/Employment Applications** | | | |
| D. Edward Hays | 2.10 | 550.00 | 1,155.00 |
| D. Edward Hays | 3.70 | 580.00 | 2,146.00 |
| Judith E. Marshack | 0.40 | 360.00 | 144.00 |
| Matthew W. Grimshaw | 0.10 | 420.00 | 42.00 |
| Laila Masud | 1.20 | 300.00 | 360.00 |
| David A. Wood | 2.30 | 320.00 | 736.00 |

**EXHIBIT 3**
**Page 64**

## Marshack Hays LLP

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 40 |

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Pamela Kraus | 5.90 | 250.00 | 1,475.00 |
| Chanel Mendoza | 0.80 | 185.00 | 148.00 |
| *Subtotal for 7 - Fee/Employment Applications* | *16.50* | | *6,206.00* |
| | **337.90** | | **153,304.50** |

### Fee Recap by Month

| | Amount |
|---|---|
| .1 - Allebest v. Marshack (16-1426) | |
| December 2016 | *220.00* |
| January 2017 | *3,214.00* |
| February 2017 | *438.00* |
| March 2017 | *1,868.00* |
| April 2017 | *645.50* |
| May 2017 | *724.50* |
| June 2017 | *79.00* |
| *Subtotal for .1 - Allebest v. Marshack (16-1426)* | *7,189.00* |
| | |
| 1 - Asset Analysis and Recovery | |
| February 2016 | *8,715.00* |
| March 2016 | *8,495.00* |
| July 2016 | *927.50* |
| September 2016 | *284.00* |
| February 2017 | *87.00* |
| June 2017 | *144.00* |
| *Subtotal for 1 - Asset Analysis and Recovery* | *18,652.50* |
| | |
| 10 - Litigation | |
| March 2016 | *2,970.00* |
| April 2016 | *6,278.50* |
| May 2016 | *3,458.00* |
| June 2016 | *7,707.00* |
| July 2016 | *1,629.50* |
| August 2016 | *24,691.00* |
| September 2016 | *18,061.50* |
| October 2016 | *8,397.00* |
| November 2016 | *3,126.50* |
| December 2016 | *1,964.50* |
| January 2017 | *248.00* |
| March 2017 | *2,283.00* |
| April 2017 | *5,049.00* |
| May 2017 | *1,974.50* |

**EXHIBIT 3**
**Page 65**

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 41 |

|  |  |
|---|---|
| June 2017 | *2,653.50* |
| July 2017 | *1,566.00* |
| *Subtotal for 10 - Litigation* | *92,057.50* |

**11 - Meetings of Creditors**

|  |  |
|---|---|
| February 2016 | *4,070.00* |
| March 2016 | *385.00* |
| May 2016 | *110.00* |
| June 2016 | *110.00* |
| September 2016 | *110.00* |
| October 2016 | *165.00* |
| December 2016 | *55.00* |
| January 2017 | *110.00* |
| *Subtotal for 11 - Meetings of Creditors* | *5,115.00* |

**2 - Asset Disposition**

|  |  |
|---|---|
| January 2016 | *648.00* |
| February 2016 | *36.00* |
| March 2016 | *1,735.50* |
| April 2016 | *309.50* |
| May 2016 | *37.00* |
| September 2016 | *1,305.00* |
| November 2016 | *565.50* |
| January 2017 | *1,131.00* |
| February 2017 | *1,305.00* |
| March 2017 | *690.00* |
| *Subtotal for 2 - Asset Disposition* | *7,762.50* |

**4 - Case Administration**

|  |  |
|---|---|
| February 2016 | *202.50* |
| March 2016 | *2,767.50* |
| April 2016 | *2,424.50* |
| May 2016 | *8,449.00* |
| June 2016 | *642.50* |
| January 2017 | *96.00* |
| April 2017 | *972.00* |
| June 2017 | *57.00* |
| July 2017 | *200.00* |
| *Subtotal for 4 - Case Administration* | *15,811.00* |

**5 - Claims Administration and Objections**

|  |  |
|---|---|
| July 2016 | *126.00* |
| September 2016 | *110.00* |
| October 2016 | *165.00* |

**EXHIBIT 3**
**Page 66**

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 42 |

| | |
|---|---:|
| November 2016 | *110.00* |
| *Subtotal for 5 - Claims Administration and Objections* | *511.00* |
| | |
| 7 - Fee/Employment Applications | |
| February 2016 | *32.00* |
| March 2016 | *1,859.00* |
| April 2016 | *334.00* |
| June 2017 | *1,160.00* |
| July 2017 | *2,821.00* |
| *Subtotal for 7 - Fee/Employment Applications* | *6,206.00* |
| | **153,304.50** |

**EXHIBIT 3**
**Page 67**

EXHIBIT 4

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page  3 |

| Disbursements | | |
|---|---|---|
| **Date** | **Description** | **Amount** |

**E101 - Copying**

| Date | Description | Amount |
|---|---|---|
| 03/07/16 | Document Copies  re: notice and application to employ Marshack Hays LLP (Judge's Copy) | 7.20 |
| 03/07/16 | Document Copies  re: notice of application to employ Marshack Hays as general counsel | 20.40 |
| 03/07/16 | Document Copies  re: notice and application to employ Marshack Hays as general counsel | 5.20 |
| 03/24/16 | Document Copies  re: notice of lodgment of order approving stipulation enjoining transfer or encumbrance of real property, stipulation for order enjoining transfer or encumbrance of real property, notice of lodgment of order approving stipulation for substantive consolidation, stipulation for substantive consolidation | 132.60 |
| 03/24/16 | Document Copies  re: stipulation for substantive consolidation, stipulation for order enjoining transfer or encumbrance of real property, NOL of order approving stipulation for substantive consolidation of bankruptcy cases(1) Edward F. Allebest and (2) Allebest & Associates, Inc. and NOL of order approving stipulation enjoining transfer or encumbrance of real property (Judge's Copy) | 9.40 |
| 03/31/16 | Document Copies  re: notice of hearing re: stipulation for substantive consolidation of bankruptcy cases Edward F. Allebest and Allebest & Associates, Inc. | 20.40 |
| 03/31/16 | Document Copies  re: notice of hearing re: stipulation for substantive consolidation of bankruptcy cases Edward F. Allebest and Allebest & Associates, Inc. (Judge's Copy) | 2.20 |
| 04/08/16 | Document Copies  re: notice of lodgment of order approving stipulation enjoining transfer or encumbrance of real property, stipulation for order enjoining transfer or encumbrance of real property and interests in trusts | 88.40 |
| 05/11/16 | Document Copies  re: trustee's supplemental brief re substantive consolidation (Judge's Copy) | 22.60 |
| 05/11/16 | Document Copies  re: trustee's supplemental brief re substantive consolidation | 22.00 |
| 06/15/16 | Document Copies  re: declaration of D. Edward Hays attaching proposed caption re: amended order approving stipulation for substantive consolidation | 1.00 |
| 06/16/16 | Document Copies  re: Declaration of D Edward Hays re proposed caption (Judge's Copy) | 1.80 |
| 08/24/16 | Document Copies  re: Trustee's objections to Debtor's claimed exemptions | 105.20 |
| 08/25/16 | Document Copies  re: trustee objections to debtors claimed exemptions (Judge's Copy) | 52.60 |
| 09/02/16 | Document Copies  re: notice of service of subpoena to Elayne E. Allebest, subpoena to produce documents served on Edward F. Allebest of Allebest & | 30.60 |

**EXHIBIT 4**
**Page 68**

# Marshack Hays LLP

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 4 |

| Date | Description | Amount |
|---|---|---|
| | Associates, subpoena to produce documents served on Elayne E. Allebest | |
| 09/21/16 | Document Copies  re: request for assignment to mediation program | 2.40 |
| 09/22/16 | Document Copies  re: request for assignment to mediation program (Judge's Copy) | 1.40 |
| 09/27/16 | Document Copies  re: reply to opposition re: Trustee's objections to Debtor's claimed exemption in alleged retirement plan | 4.80 |
| 09/28/16 | Document Copies  re: reply to opposition re objections to debtor claimed exemptions (Judge's Copy) | 5.40 |
| 09/30/16 | Document Copies  re: notice of errata | 0.60 |
| 10/03/16 | Document Copies  re: notice of errata (Judge's Copy) | 1.20 |
| 10/12/16 | Document Copies  re: notice of lodgment of order in bankruptcy case re: trustee's motion objecting to debtor's claimed exemptions in alleged retirement plan and for turnover | 2.40 |
| 10/12/16 | Document Copies  re: notice of lodgment of order in bankruptcy case re: trustee's motion objecting to debtor's claimed exemptions in alleged retirement plan and for turnover (Judge's Copy) | 1.80 |
| 10/14/16 | Document Copies  re: notice of ruling and continued bankruptcy review hearing | 1.60 |
| 11/18/16 | Document Copies  re: notice of lodgment of order re: trustee's motion objecting to debtor's claimed exemptions in alleged retirement plan and for turnover | 2.80 |
| 11/21/16 | Document Copies  re: notice of lodgment of order sustaining Trustee's motion objecting to Debtor's claimed exemptions in alleged retirement plan and for turnover (Judge's Copy) | 2.40 |
| 06/09/17 | Document Copies  re: Chapter 7 Trustee's motion for order: (1) approving compromise of controversies pursuant to Federal Rule of Bankruptcy Procedure 9019 and (2) dismissing bankruptcy cases with memorandum of points and authorities and declaration of Richard A. Marshack in support, application for order setting hearing on shortened notice (Judge's Copies) | 9.60 |
| 06/12/17 | Document Copies  re: chapter 7 trustee's motion for order approving compromise of controversies and notice of motion | 4.80 |
| 06/12/17 | Document Copies  re: trustee's motion for order approving compromise and dismissing bankruptcy cases, notice of motion, and order granting application and setting hearing on shortened notice | 46.20 |
| 06/13/17 | Document Copies  re: notice of chapter 7 trustee's motion for order approving compromise, declaration of Pamela Kraus, proof of service (judge's copies) | 4.60 |

*Subtotal for E101 - Copying* *613.60*

E106 - Online research

| 03/01/16 | Computer Research  re: Westlaw usage, February 2016 | 89.95 |
| 04/01/16 | Computer Research  re: Pacer usage, March 2016 | 10.80 |
| 04/01/16 | Computer Research  re: Pacer usage, March 2016 | 0.40 |

**EXHIBIT 4**
**Page 69**

## Marshack Hays LLP

Richard Marshack, Trustee
Re: Allebest, Edward F.
I.D. 1015-094 - MWG

July 3, 2017
Invoice  7634
Page 5

| Date | Description | Amount |
|------|-------------|--------|
| 04/06/16 | Computer Research  re: Westlaw usage, March 2016 | 510.29 |
| 04/15/16 | Computer Research  re: Pacer usage, February 2016 | 10.00 |
| 04/15/16 | Computer Research  re: Pacer usage, February 2016 | 2.40 |
| 04/30/16 | Computer Research  re: Westlaw usage, April 2016 | 482.00 |
| 04/30/16 | Computer Research  re: Pacer usage, April 2016 | 2.00 |
| 05/31/16 | Computer Research  re: Westlaw usage, May 2016 | 351.67 |
| 07/01/16 | Computer Research  re: Westlaw usage, June 2016 | 231.82 |
| 08/24/16 | Computer Research  re: state court documents on 07/26/16  American Express | 238.82 |
| 09/01/16 | Computer Research  re: Westlaw usage, August 2016 | 236.31 |
| 09/01/16 | Computer Research  re: Pacer usage, August 2016 | 9.70 |
| 09/12/16 | Computer Research  re: Pacer usage, May 2016 | 4.20 |
| 09/12/16 | Computer Research  re: Pacer usage, May 2016 | 13.20 |
| 09/12/16 | Computer Research  re: Pacer usage, June 2016 | 8.50 |
| 09/12/16 | Computer Research  re: Pacer usage, June 2016 | 5.50 |
| 09/30/16 | Computer Research  re: Westlaw usage, September 2016 | 135.96 |
| 09/30/16 | Computer Research  re: Pacer usage, September 2016 | 10.80 |
| 09/30/16 | Computer Research  re: Pacer usage, September 2016 | 2.80 |
| 10/31/16 | Computer Research  re: Westlaw usage, October 2016 | 5.47 |
| 11/01/16 | Computer Research  re: Pacer usage, October 2016 | 5.60 |
| 11/30/16 | Computer Research  re: Westlaw usage, November 2016 | 131.20 |
| 12/31/16 | Computer Research  re: Pacer usage, November 2016 | 10.40 |
| 02/08/17 | Computer Research  re: Pacer usage, December 2016 | 2.30 |
| 03/01/17 | Computer Research  re: Pacer usage, February 2017 | 0.40 |
| 04/01/17 | Computer Research  re: Pacer usage, March 2017 | 5.10 |
| 04/12/17 | Computer Research  re: Pacer usage, January 2017 | 3.20 |
| 05/01/17 | Computer Research  re: Pacer usage, April 2017 | 2.60 |
| 05/01/17 | Computer Research  re: Lexis usage, April 2017 | 3.06 |
| 05/22/17 | Computer Research  re: Westlaw usage, April 2017 | 20.76 |
| 06/01/17 | Computer Research  re: Pacer usage, May 2017 | 3.00 |

*Subtotal for E106 - Online research*                                    *2,550.21*

E107 - Delivery services/messengers

| 03/29/16 | File notice of application and application to employ Marshack Hays at USBC/SA on 03/07/16  Nationwide Legal, Inc. | 7.00 |
| 03/31/16 | File  stipulation for substantive consolidation at USBC/SA on 03/24/16  Nationwide Legal, Inc. | 7.00 |
| 03/31/16 | File  notice of hearing re: stipulation for substantive consolidation at USBC/SA on 03/31/16  Nationwide Legal, Inc. | 7.00 |
| 05/15/16 | File  Trustee's supplemental brief at USBC/SA on 05/11/16  Nationwide | 7.00 |

**EXHIBIT 4**
**Page 70**

# Marshack Hays LLP

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page 6 |

| Date | Description | Amount |
|---|---|---|
| | Legal, Inc. | |
| 05/15/16 | Deliver  and pickup certified copy of order from USBC/SA on 05/13/16  Nationwide Legal, Inc. | 106.00 |
| 05/15/16 | Deliver  and pickup certified copy of order to CR/OC from USBC/SA on 05/13/16  Nationwide Legal, Inc. | 62.00 |
| 06/30/16 | File  declaration of D. Edward Hays at USBC/SA on 06/16/16  Nationwide Legal, Inc. | 7.00 |
| 08/31/16 | File  Trustee objection to Debtor claimed exemptions at USBC/SA on 08/25/16  Nationwide Legal, Inc. | 7.00 |
| 09/30/16 | Deliver  to Allebest & Associates/Irvine, CA on 09/27/16  Golden State Overnight | 16.37 |
| 09/30/16 | Serve  subpoena on Edward F. Allebest/Irvine, CA on 09/02/16  Nationwide Legal, Inc. | 268.00 |
| 09/30/16 | Serve  subpoena on Edward F. Allebest/Laguna Hills, CA on 09/02/16  Nationwide Legal, Inc. | 46.36 |
| 09/30/16 | File  request for assignment to mediation program at USBC/SA on 09/22/16  Nationwide Legal, Inc. | 7.00 |
| 09/30/16 | File  reply to opposition re: objection at USBC/SA on 09/27/16  Nationwide Legal, Inc. | 7.00 |
| 09/30/16 | Federal Express  to Edward F. Allebest/Irvine, CA on 10/03/16  Federal Express | 7.98 |
| 10/15/16 | File  notice of errata at USBC/SA on 10/03/16  Nationwide Legal, Inc. | 7.00 |
| 10/31/16 | File  notice of lodgment of order at USBC/SA on 10/12/16  Nationwide Legal, Inc. | 7.00 |
| 11/30/16 | File  lodged order on Trustee motion re: exemptions at USBC/SA on 11/18/16  Nationwide Legal, Inc. | 7.00 |
| 06/20/17 | Federal Express  to Edward F. Allebest/Irvine, CA on 06/12/17  Federal Express | 8.81 |
| 06/20/17 | Federal Express  to Allebest & Associates/Irvine, CA on 06/12/17  Federal Express | 8.81 |
| 06/20/17 | Federal Express  to Eagle Portfolio Management/Irvine, CA on 06/12/17  Federal Express | 8.81 |

*Subtotal for E107 - Delivery services/messengers*      *610.14*

E108 - Postage

| 03/07/16 | Postage  re: notice of application to employ Marshack Hays as general counsel | 8.33 |
|---|---|---|
| 03/07/16 | Postage  re: notice and application to employ Marshack Hays as general counsel | 1.42 |
| 03/24/16 | Postage  re: notice of lodgment of order approving stipulation enjoining transfer or encumbrance of real property, stipulation for order enjoining transfer or encumbrance of real property, notice of lodgment of order | 27.88 |

**EXHIBIT 4**
**Page 71**

## Marshack Hays LLP

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 7 |

| Date | Description | Amount |
|---|---|---|
| | approving stipulation for substantive consolidation, stipulation for substantive consolidation | |
| 03/31/16 | Postage  re: notice of hearing re: stipulation for substantive consolidation of bankruptcy cases Edward F. Allebest and Allebest & Associates, Inc. | 8.33 |
| 04/08/16 | Postage  re: notice of lodgment of order approving stipulation enjoining transfer or encumbrance of real property, stipulation for order enjoining transfer or encumbrance of real property and interests in trusts | 24.14 |
| 05/11/16 | Postage  re: trustee's supplemental brief re substantive consolidation | 2.83 |
| 06/15/16 | Postage  re: declaration of D. Edward Hays attaching proposed caption re: amended order approving stipulation for substantive consolidation | 0.47 |
| 08/24/16 | Postage  re: Trustee's objections to Debtor's claimed exemptions | 13.60 |
| 09/02/16 | Postage  re: notice of service of subpoena to Elayne E. Allebest, subpoena to produce documents served on Edward F. Allebest of Allebest & Associates, subpoena to produce documents served on Elayne E. Allebest | 5.34 |
| 09/21/16 | Postage  re: request for assignment to mediation program | 1.41 |
| 10/12/16 | Postage  re: notice of lodgment of order in bankruptcy case re: trustee's motion objecting to debtor's claimed exemptions in alleged retirement plan and for turnover | 0.94 |
| 10/14/16 | Postage  re: notice of ruling and continued bankruptcy review hearing | 0.94 |
| 11/18/16 | Postage  re: notice of lodgment of order re: trustee's motion objecting to debtor's claimed exemptions in alleged retirement plan and for turnover | 0.94 |
| 06/12/17 | Postage  re: chapter 7 trustee's motion for order approving compromise of controversies and notice of motion | 1.38 |
| 06/12/17 | Postage  re: trustee's motion for order approving compromise and dismissing bankruptcy cases, notice of motion, and order granting application and setting hearing on shortened notice | 15.40 |
| *Subtotal for E108 - Postage* | | *113.35* |
| **E109 - Local travel** | | |
| 11/11/16 | Travel  to and parking at hearing in Genske v. Allebest on 10/14/16  Kristine Ann Thagard | 15.88 |
| *Subtotal for E109 - Local travel* | | *15.88* |
| **E115 - Deposition transcripts** | | |
| 04/26/16 | Deposition  transcript of 341(a) meeting on 02/23/16  eScribers, LLC | 446.20 |
| 01/13/17 | Deposition  transcript of proceedings on 10/04/16  Briggs Reporting Company, Inc. | 42.00 |
| *Subtotal for E115 - Deposition transcripts* | | *488.20* |

| | | |
|---|---|---|
| **Total Disbursements** | | **4,391.38** |

Estimated Costs:
Photocopies $48.00
Postage $56.96
Delivery $20.00

Total Request $4,516.34

**EXHIBIT 4**
**Page 72**

EXHIBIT 5

**Marshack Hays LLP**

| | |
|---|---|
| Richard Marshack, Trustee | July 3, 2017 |
| Re: Allebest, Edward F. | Invoice  7634 |
| I.D. 1015-094 - MWG | Page  8 |

### Disbursement Recap by Task Code

| Task | Description | Amount |
|---|---|---|
| E101 | Copying | 613.60 |
| E106 | Online research | 2,550.21 |
| E107 | Delivery | 610.14 |
| E108 | Postage | 113.35 |
| E109 | Local travel | 15.88 |
| E115 | Deposition | 488.20 |
| | **Total Disbursements** | **4,391.38** |

### Disbursement Recap by Month

| | | Amount |
|---|---|---|
| **E101 - Copying** | | |
| | March 2016 | 197.40 |
| | April 2016 | 88.40 |
| | May 2016 | 44.60 |
| | June 2016 | 2.80 |
| | August 2016 | 157.80 |
| | September 2016 | 45.20 |
| | October 2016 | 7.00 |
| | November 2016 | 5.20 |
| | June 2017 | 65.20 |
| *Subtotals for E101 - Copying* | | *613.60* |
| **E106 - Online research** | | |
| | March 2016 | 89.95 |
| | April 2016 | 1,017.89 |
| | May 2016 | 351.67 |
| | July 2016 | 231.82 |
| | August 2016 | 238.82 |
| | September 2016 | 426.97 |
| | October 2016 | 5.47 |
| | November 2016 | 136.80 |
| | December 2016 | 10.40 |
| | February 2017 | 2.30 |
| | March 2017 | 0.40 |
| | April 2017 | 8.30 |
| | May 2017 | 26.42 |
| | June 2017 | 3.00 |

**EXHIBIT 5**
**Page 73**

**Marshack Hays LLP**

| Richard Marshack, Trustee | July 3, 2017 |
|---|---|
| Re: Allebest, Edward F. | Invoice 7634 |
| I.D. 1015-094 - MWG | Page 9 |

|  | **Amount** |
|---|---|
| *Subtotals for E106 - Online research* | *2,550.21* |
| | |
| E107 - Delivery services/messengers | |
| March 2016 | 21.00 |
| May 2016 | 175.00 |
| June 2016 | 7.00 |
| August 2016 | 7.00 |
| September 2016 | 352.71 |
| October 2016 | 14.00 |
| November 2016 | 7.00 |
| June 2017 | 26.43 |
| *Subtotals for E107 - Delivery services/messengers* | *610.14* |
| | |
| E108 - Postage | |
| March 2016 | 45.96 |
| April 2016 | 24.14 |
| May 2016 | 2.83 |
| June 2016 | 0.47 |
| August 2016 | 13.60 |
| September 2016 | 6.75 |
| October 2016 | 1.88 |
| November 2016 | 0.94 |
| June 2017 | 16.78 |
| *Subtotals for E108 - Postage* | *113.35* |
| | |
| E109 - Local travel | |
| November 2016 | 15.88 |
| *Subtotals for E109 - Local travel* | *15.88* |
| | |
| E115 - Deposition transcripts | |
| April 2016 | 446.20 |
| January 2017 | 42.00 |
| *Subtotals for E115 - Deposition transcripts* | *488.20* |

**4,391.38**

Estimated Costs:
Photocopies $48.00
Postage $56.96
Delivery $20.00
Total Request $4,516.34

**EXHIBIT 5**
**Page 74**

EXHIBIT 6

## PARTNERS

## RICHARD A. MARSHACK

Richard A. Marshack is a founding member of the firm of Marshack Hays LLP. He was born in Las Vegas, Nevada, June 21, 1958. He graduated from University of California at Irvine in 1979 with a Bachelor of Arts degree and California Western School of Law (J.D. Magna Cum Laude, 1982). Recipient, American Jurisprudence Award: Agency and Partnership. Staff Writer, 1980-1981 and Lead Articles Editor, 1981-1982 California Western Law Review. He was admitted to the California Bar in 1982 and the U. S. District Court, Central and Southern Districts of California and U. S. Court of Appeals, Ninth Circuit, 1984.

Mr. Marshack was Law Clerk to the Honorable Folger Johnson, Chief Judge, United States Bankruptcy Court, District of Oregon, 1982-1984, and an Adjunct Professor: Bankruptcy Law, Western States University College of Law, Bankruptcy Law, 1993; Bankruptcy Law, University of California, Irvine, 1985-1992.

Mr. Marshack has authored several articles, including: "The Toxic Claim: Using Bankruptcy Law to Limit Environmental Liabilities," California Bankruptcy Journal, Volume 19, Number 3, 1991; "Recent Developments Under Section 546 of the Bankruptcy Code," Tactics for Unsecured Creditors of Bankrupt Debtors," California Lawyer 21, August, 1984; "Adequate Protection for the Unsecured Creditor Under the Bankruptcy Code", Commercial Law Journal 621, December 1983; "Recent Developments for Reclaiming Goods Under the Bankruptcy Code and the Uniform Commercial Code, "Uniform Commercial Code Law Journal 187, July, 1983; "Reclamation of Goods Under the Bankruptcy Code," Oregon Debtor-Creditor News Letter, I, July 1983; "*Sindell vs. Abbot Laboratories*: Is Market Share Liability the Best Remedy to the DES Controversy" California Western Law Review 143, 1981.

Memberships: Orange County Bankruptcy Forum, Director and President 1995-96; Orange County Bar Association (Commercial Law & Bankruptcy Section), Chairman, 1989; California State Bar Association; Commercial Law League of America; Los Angeles Bankruptcy Forum.

*Panel Bankruptcy Trustee for U.S. Bankruptcy Court, Central District of California,* 1985 - *Present.*

## D. EDWARD HAYS

D. Edward Hays, is a founding member of the firm of Marshack Hays LLP. He was born in Los Angeles, California. He graduated with honors from California State University at Fullerton in 1989 with a Bachelor of Arts degree in Business. He graduated from the University of Southern California Law Center in 1992 where he was a member of the Hale Moot Court Honors program. Mr. Hays was admitted to practice in 1992.

Mr. Hays currently serves on the Board of Directors for the following organizations: Legal Aid Society of Orange County; and University of Southern California Law School Annual Fund. He

has previously served on the Board for the Cal State University Fullerton Alumni Association; and the Cal State University Fullerton Philanthropic Foundation. In 2004-2005, Mr. Hays served as the President of the Cal State Fullerton Alumni Association and was selected that year as a CSUF Volunteer of the Year. In 2004, Mr. Hays was the Chair of the Resolutions Committee for the Orange County Bar Association and has served as a delegate to the State Bar Conference on behalf of Orange County every year since 1995.

Ed focuses his practice on bankruptcy and litigation matters. In 2000, he was the Chair of the Commercial Law & Bankruptcy Section of the Orange County Bar Association. He also has served as a Director or member of the following organizations: the Inland Empire Bankruptcy Forum; the Orange County Bankruptcy Forum; the William P. Gray Legion Lex American Inns of Court, the Federal Bar Association, and the Executive Council for the College of Business at Cal State Fullerton. In 1998 and 1999, Mr. Hays also served as a Judge Pro Tem for the Superior Court of the State of California, County of Los Angeles. Ed has been selected on numerous occasions to present continuing education lectures on various legal topics including bankruptcy, litigation, exemptions, and legal research. He also served on the Central District Task Force for Amendments to the Local Bankruptcy Rules.

In 2004, Ed won the State Bar 5k race and, in 2005 and 2006, was the runner-up. He also actively participates in endurance events completing full-distance Ironman Triathlons in 2000 and 2003 and a 50 mile ultra-run in 2009.

Ed's published cases include: *In re Continental Capital & Credit*, 158 B.R. 828 (Bankr. C.D. Cal. 1993); *In re Turner*, 186 B.R. 108 (9th Cir. BAP 1995); *In re National Environmental Waste Corporation*, 191 B.R. 832 (Bankr. C.D. Cal. 1996) *aff'd* 129 F.3d 1052 (9th Cir. 1997); *In re Metz,* 225 B.R. 173 (9th Cir. BAP 1998); *Blonder v. Cumberland Engineering*, (1999) 71 Cal.App.4th 1057, 84 Cal.Rptr.2d 216; *In re Kuraishi*, 237 B.R. 172 (Bankr. C.D. Cal. 1999); *In re Kim*, 257 B.R. 680 (9th Cir. BAP 2000); *In re Dudley*, 249 F.3d 1170 (9th Cir. 2001); *In re Dick Cepek*, 339 B.R. 730 (9th Cir. BAP 2006); *In re Rinard*, 451 B.R. 12 (Bankr. C.D. Cal. 2011); and *In re Four Star Financial Services, Inc.*, 444 B.R. 428 (Bankr. C.D. Cal. 2011) *rev'd* 469 B.R. 30 (C.D. Cal. 2012); and *In re Cass*, 476 B.R. 602 (Bankr. C.D. Cal. 2012).


**MATTHEW W. GRIMSHAW** focuses his practice on insolvency law and litigation. He represents parties in all aspects of bankruptcy matters and out-of-court restructurings. He also has significant experience litigating and advising clients on issues resulting from the debtor-creditor relationship, including the enforcement of notes and guarantees, writs of attachment, receiverships, wrongful foreclosures, mortgage elimination scams, and injunctions.

Mr. Grimshaw was born in Mesa, Arizona. He graduated from Brigham Young University with a Bachelor of Arts degree in Economics. He graduated with honors from Willamette University College of Law, where he served as the editor-in-chief of the school's Journal of International Law and Dispute Resolution. Mr. Grimshaw was admitted to practice law in California in 2000.

Mr. Grimshaw served a two-year term as a judicial law clerk to the Honorable John E. Ryan. During his first year, Mr. Grimshaw served as Judge Ryan's trial law clerk. During his second

year, when Judge Ryan was the chief judge of the Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals, Mr. Grimshaw served as his appellate law clerk.

Mr. Grimshaw has been asked on many occasions to present lectures on various subjects, including bankruptcy, creditors' rights, and legal ethics. He has published numerous articles on bankruptcy-related topics. In 2006, he was also appointed by **Ninth Circuit Court of Appeals** to serve on the committee that evaluated candidates and made recommendations as to who should fill existing vacancies on the United States Bankruptcy Court for the Central District of California.

Mr. Grimshaw is a long-time member of the Board of Directors for the Orange County Bankruptcy Forum. He also served as Chair of the Commercial Law and Bankruptcy Section of the Orange County Bar Association.

Mr. Grimshaw enjoys spending time with his family, reading, and traveling. Mr. Grimshaw is conversant in Spanish. He is an Eagle Scout and continues to be actively involved with the Boy Scouts of America.

## ATTORNEYS

**KRISTINE A. THAGARD** focuses her practice on contract, construction, loan enforcement (including lender's right to insurance proceeds and guarantees), purchase and sale transactions, partnership dispute, toxic cleanup and environmental contamination, broker malfeasance, fiduciary duty (broker/agent, partnership and trust), and insurance (negotiation, bad faith, and declaratory relief). She has significant litigation experience in multi-party complex construction defect actions, all aspects of general/commercial liability defense (construction, product and premise liability), subrogation, and real estate (broker/agent, contract, title, contract and fraud).

Ms. Thagard was born in Lynwood, California and graduated cum laude from Menlo College where she served on the Board of Trustees for 9 years. She received her J.D. from the University of Southern California in 1980. While in law school she served as a judicial extern to the Honorable Robert Kingsly, Second Appellate District Court of Appeal. She is admitted to practice in both California (1980) and Nevada (2001) as well as the Federal Courts of both states. She also holds a California Real Estate Broker's License.

**JUDITH E. MARSHACK** is an Associate with Marshack Hays LLP. She was born in Inglewood, CA. Ms. Marshack graduated from the California State University, Long Beach in 1982 and from Western State University, College of Law in 1992, and was admitted to practice law in 1992.

**SARAH CATE HAYS (formerly Sarah C. Boone)** focuses her practice involves a wide range of business and civil litigation, creditors' rights, and bankruptcy matters. Her bankruptcy law practice often involves representation of Trustees on behalf of secured and unsecured creditors who have claims against individuals and corporations that have filed for bankruptcy, including lenders, landlords, and trade creditors. Ms. Hays' previous litigation experience includes extensive federal securities litigation practice with emphasis on representation of institutional

**EXHIBIT 6**
**Page 77**

and individual clients in class action lawsuits alleging public companies' violations of the Securities Act and Securities Exchange Act, under the umbrella of the Private Securities Litigation Reform Act.

Ms. Hays is admitted to practice law in California and Montana and is admitted to the United States District Courts for the Northern, Central, and Southern Districts of California and the United States District Court for the District of Montana. She is an Editor of the California Bankruptcy Journal and a member of the Orange County Bar Association and the San Diego County Bar Association.

Ms. Hays graduated from the University of Southern California in Los Angeles, California with a Bachelor of Arts in Philosophy and a Master of Fine Arts in Professional Writing. She received her J.D. in 2007 from Tulane University Law School in New Orleans, Louisiana.

**CHAD V. HAES** focuses his practice areas include bankruptcy litigation, business and civil litigation, lender liability, and creditors' rights. Mr. Haes' litigation experience includes representing institutional lenders in actions related to lien priority and wrongful foreclosure, prosecuting and enforcing mechanic's liens, seeking unlawful detainer judgments on behalf of secured lenders and representing creditors, debtors and trustees in the bankruptcy context.

Mr. Haes is a California native who earned his Bachelor of Arts degree from Azusa Pacific University in 2004 and his law degree from Southwestern Law School in 2008. Prior to joining Marshack Hays, Mr. Haes served a two-year term as the judicial law clerk to the Honorable Meredith A. Jury of the United States Bankruptcy Court for the Central District of California, Riverside Division. Mr. Haes also externed for Honorable Samuel L. Bufford of the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

While in law school, Mr. Haes was a member of the Moot Court Honors Program and the recipient of the John J. Schumacher full-tuition scholarship, the Equal Justice America fellowship, the Wiley W. Manuel Award for Pro Bono Legal Services and the CALI Excellence Award for Constitutional Law. Mr. Haes was also selected as a finalist oralist and finalist writer in the Southwestern First-Year Intramural Moot Court Competition and a finalist oralist in the Rendigs National Products Liability Moot Court Competition.

**DAVID A. WOOD** focuses his practice areas include bankruptcy litigation, business and civil litigation, lender liability, and creditors' rights.

Mr. Wood earned his Bachelor of Arts degree from Biola University in 2003, where he graduated magna cum laude. Thereafter, Mr. Wood was a senior associate at Alfred Gobar Associates, a firm specializing in developing econometric modeling systems to evaluate land development opportunities, and the existence of economic blight. He earned his law degree from Chapman University School of Law in 2010, where he graduated in the top 6% of his class. Prior to joining Marshack Hays, Mr. Wood served a two-and-a-half year term as the judicial law clerk to the Honorable Erithe A. Smith of the United States Bankruptcy Court for the Central District of California, Santa Ana Division. Mr. Wood also externed for Honorable Theodor C. Albert of the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

**EXHIBIT 6**
**Page 78**

While in law school, Mr. Wood was a symposium editor for the Chapman Law Review and the recipient of the CALI Excellence Award for Immigration Law and Select Topics in American Law.

**LAILA MASUD** focuses her practice in bankruptcy and business litigation, including lender liability and creditors' rights.

Ms. Masud graduated cum laude from the University of California, Irvine in 2012. She earned her law degree from Pepperdine University School of Law in 2016. She was admitted to practice law in California in 2016. Prior to joining Marshack Hays, Ms. Masud served as a judicial law clerk to the Honorable Thomas B. Donovan at the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

During law school, as an extern for the Honorable Vincent P. Zurzolo at the United States Bankruptcy Court for the Central District of California, Los Angeles Division, she served on the Rules Committee where she conducted research and wrote on various issues of bankruptcy law, including local court forms, rules and procedures. She also served as a student leader and was nominated for The Parris Institute for Professional Formation Award for Excellence in Leadership and Excellence in Peacemaking.  Laila is conversant in Spanish, Urdu and Hindi.


## PARALEGALS AND TRUSTEE ADMINISTRATORS

**PAMELA KRAUS**, Trustee Case Administrator and Paralegal 1990 to Present; Education: Coastline Community College, Costa Mesa (A.A. 2004); Legal Assistant Training Program, Coastline Community College, American Bar Association Certification (Completion 2004). Member: Orange County Paralegal Association; Orange County Bankruptcy Forum; National Association of Bankruptcy Trustees.

**CHANEL MENDOZA,** Experience: Ms. Mendoza is a seasoned litigation and bankruptcy Legal Assistant/Paralegal. She obtained her Legal Secretary Certificate from Watterson College in 1992. She has more than nineteen years of law related experience compromising of workers' compensation, personal injury, business litigation, employment law, and bankruptcy, all while working under the direct supervision of active members of the California State Bar. Ms. Mendoza has also worked twelve of those years under the direction and supervision of Marshack Hays LLP's founding partner, D. Edward Hays. Ms. Mendoza has federal and state court experience, including extensive trial and appellate knowledge. Ms. Mendoza was a former Board Member of NALS and is a current member of the National Notary Association and Orange County Legal Secretaries Association, Inc.

**LAYLA BUCHANAN**, Experience: Ms. Buchanan has over eighteen years of law related experience working in civil, bankruptcy and family law, while working under the direct supervision of active members of the California State Bar.  Member:  Orange County Legal Secretaries Association, Orange County Paralegal Association, and a current member of the

National Notary Association.  Ms. Buchanan has extensive knowledge in all aspects of state and federal court litigation and bankruptcy practices.

**CYNTHIA BASTIDA**, Experience: Ms. Bastida has over fifteen years of experience working as a Legal Assistant/Paralegal.  She is a certified Paralegal (completion in 1991) and earned a Bachelor of Arts from California State University Fullerton in 2004.  Her experience ranges from civil litigation, real estate and corporate law as well as eminent domain.  She has experience in trial preparation and has drafted notices, motions and discovery.

**LAURIE MCPHERSON**, Trustee Case Administrator 2007 to present; Trustee field agent and/ paraprofessional 1988 to 2007; Experience: Twenty years of law related experience as a bankruptcy trustee paraprofessional working under the direct supervision of active members of the California State Bar and attorneys who practice in federal courts located in California.

**EXHIBIT 6**
**Page 80**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*):  **FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY MARSHACK HAYS LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   **July 3, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL:**
On   **July 3, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEBTOR** | **DEBTOR** | **INTERESTED PARTY** |
|---|---|---|
| ALLEBEST & ASSOCIATES | EDWARD F. ALLEBEST | EAGLE PORTFOLIO MANAGEMENT, LLC |
| 15615 ALTON PKWY STE 175 | 15615 ALTON PKWY STE 175 | 15615 ALTON PKWY STE 175 |
| IRVINE, CA 92618-7303 | IRVINE, CA 92618-7303 | IRVINE, CA 92618-7303 |

☐   Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   **July 3, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Catherine E. Bauer  – via personal delivery
U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5-097
Santa Ana, CA 92701

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 3, 2017 | Pamela Kraus | /s/  Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): continued:**</u>

- William M Burd     wmburd@burd-naylor.com, mcrouch@burd-naylor.com
- D Edward Hays     ehays@marshackhays.com, ecfmarshackhays@gmail.com
- Jonathan P Hersey     jhersey@slaterhersey.com, hkader@slaterhersey.com
- Paul J Kurtzhall     paul@hkwllp.com, scottm@hkwllp.com
- Betty J Levine     bettyl@hkwllp.com
- Judith E Marshack     jmarshack@marshackhays.com, ecfmarshackhays@gmail.com
- Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com
- Anthony J Rothman     anthony@arothmanlaw.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin     mwallin@slaterhersey.com, mrivera@slaterhersey.com
- J Scott Williams     jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.